TABITHA MARIE SMITH (Deceased), et al.

    Plaintiff,

v.                                       Case No. 1:25-cv-00050

GARMIN INTERNATIONAL, INC., et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for JE through next friend JH, NR through next friend SR and LC through next friend EH, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 26, 2025

_____
(Signature–hand signed)

Name: Alyson Oliver
Firm: Oliver Bell Group
Address:

    50 W. Big Beaver Rd., Ste. 200, Troy, MI 48084

Email address: notifications@oliverlawgroup.com

<span style="color:red">Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.</span>

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, Kinikia D. Essix, Clerk of Court, certify that*

## *Alyson Oliver*

*was duly admitted to practice in this Court on* 05/08/2001,

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on* 02/24/2025.

*Kinikia D. Essix*
_____
Clerk



*Tracy Thompson*
_____
Deputy Clerk

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Alyson Oliver, P55020 of Troy, Michigan is an active member of the State Bar of Michigan in good standing.

Alyson Oliver was admitted to practice in Michigan on May 10, 1999 in Oakland County and became a member of the State Bar of Michigan on May 12, 1999.



*Peter W. Cunningham, Executive Director*
February 19, 2025

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 19, 2025

Re: Alyson L Oliver, State Bar Number 24117922

To Whom It May Concern:

This is to certify that Alyson L Oliver was licensed to practice law in Texas on February 06, 2020, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/jw



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167