UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH,<br><br>and<br><br>NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually),<br><br>Plaintiffs,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC. and GARMIN USA, INC.,<br><br>Defendants. | CIVIL ACTION NO.1:25-CV-50<br><br>JURY DEMAND |

### DEFENDANT GARMIN INTERNATIONAL, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Garmin International, Inc. ("Garmin International") hereby files this Rule 7.1 Disclosure Statement.

1. Rule 7.1(a)(1) of the Federal Rules of Civil Procedure provides that a nongovernmental corporate party must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock, or state that there is no such corporation.

2. Garmin International's parent corporation is Garmin Ltd. Garmin International is a wholly-owned subsidiary of Garmin Ltd.

3. Garmin Ltd. is a publicly held Swiss corporation. Garmin Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

4. Rule 7.1(a)(2)(A) of the Federal Rules of Civil Procedure provides that, in an action in which jurisdiction is based on diversity under 28 U.S.C.§1332(a), a party must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party at the time the action is filed in or removed to federal court. Garmin International hereby declares the following name(s) and citizenship(s) of every individual or entity whose citizenship is attributed to Garmin International:

| **PARTY NAME** | **CITIZENSHIP** |
|---|---|
| Garmin International, Inc. | Kansas, United States |

Respectfully submitted,

*/s/ Ann Weber Langley*
Ann Weber Langley  (BPR # 038070)
**WYATT, TARRANT & COMBS, LLP**
333 Commerce Street, Suite 1050
Nashville, TN  37201
(615) 244-0020  /  Facsimile (615) 256-1726
alangley@wyattfirm.com

Donald J. Kelly (Pro Hac Vice*)*
**WYATT, TARRANT & COMBS, LLP**
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235 / Facsimile (502) 589-0309
dkelly@wyattfirm.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 8th day of April, 2025:

Robin R. Flores
**FLORES LAW OFFICE**
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
robin@robinfloreslaw.com
*Attorneys for Plaintiff Nathan Smith*

Jeffrey W. Rufolo
**SUMMERS, RUFOLO & RODGERS, P.C.**
735 Broad Street, Suite 800
Chattanooga TN 37402
jrufolo@summersfirm.com
*Attorneys for Plaintiffs NR, JE and LC*

W. Neil Thomas, III
Michael Mason Thomas
**THOMAS & THOMAS**
6148 Lee Highway, Suite 1115
Chattanooga TN 37363
wntthomas@twtlawfirm.com
mthomas@twtlawfirm.com
*Attorneys for Plaintiff Nathan Smith*

Alyson Oliver
**OLIVER BELL GROUP**
50 W. Big Beaver Road, Suite 200
Troy, Michigan 48084
Notifications@oliverlawgroup.com
aoliver@oliverlawgroup.com
*Attorneys for Plaintiffs NR, JE and LC*

                */s/ Ann Weber Langley*

101911357.1