UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TABITHA MARIE SMITH (deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, <br><br>and<br><br>NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH (individually)<br><br>    Plaintiffs,<br>v.<br><br>GARMIN INTERNATIONAL, INC.,<br><br>    Defendant. | No. 1:25-CV-00050-7-DCLC-CHS |

## ORDER

This matter is before the Court on Plaintiffs' Notice of Withdrawal of Motion [Doc. 29]. Plaintiffs' Motion for Forensic Examination pursuant to Proposed Inspection Protocol [Doc. 28] is hereby **WITHDRAWN**.

    **SO ORDERED:**

s/ Clifton L. Corker  
United States District Judge
