UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH,<br><br>and<br><br>NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually),<br><br>Plaintiffs,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION NO.1:25-CV-50<br><br>JURY DEMAND |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that James C. Bradshaw III files his Notice of Substitution of Counsel, entering his appearance as counsel of record for Garmin International, Inc., in place of Ann Weber Langley, who is no longer with Wyatt, Tarrant & Combs, LLC. Please direct all further Notices and Orders from the Court to the undersigned.

Respectfully submitted,

*/s/ James C. Bradshaw III*
James C. Bradshaw III, #13170
**BRICKER GRAYDON WYATT, LLP**
333 Commerce Street, Suite 830
Nashville, Tennessee  37201
(615) 244-0020
jbradshaw@bricker.com

*Counsel for Garmin International Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the **5th** day of January, 2026:

Robin R. Flores
**FLORES LAW OFFICE**
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
robin@robinfloreslaw.com
*Attorneys for Plaintiff Nathan Smith*

Jeffrey W. Rufolo
**SUMMERS, RUFOLO & RODGERS, P.C.**
735 Broad Street, Suite 800
Chattanooga TN 37402
jrufolo@summersfirm.com
*Attorneys for Plaintiffs NR, JE and LC*

W. Neil Thomas, III
Michael Mason Thomas
**THOMAS & THOMAS**
6148 Lee Highway, Suite 1115
Chattanooga TN 37363
wntthomas@twtlawfirm.com
mthomas@twtlawfirm.com
*Attorneys for Plaintiff Nathan Smith*

Alyson Oliver
**OLIVER BELL GROUP**
50 W. Big Beaver Road, Suite 200
Troy, Michigan 48084
Notifications@oliverlawgroup.com
aoliver@oliverlawgroup.com
*Attorneys for Plaintiffs NR, JE and LC*

*/s/ James C. Bradshaw*