| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH,<br><br>and<br><br>NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually),<br><br>       **Plaintiffs,**<br><br>v.<br><br>GARMIN INTERNATIONAL, INC.<br><br>       **Defendant.** | **CIVIL ACTION NO.1:25-CV-50**<br><br>**JURY DEMAND** |

## JOINT STATUS REPORT

Defendant Garmin International, Inc. ("Garmin") and Plaintiffs, by and through their respective counsel, hereby jointly tender this Joint Status Report pursuant to the Court's Order [Doc. 52], directing the Parties to craft a mutually agreeable protocol for the data extraction of the Garmin Device ("the Device") or, in the absence of such mutual agreement, attaching any proposed revisions to the earlier suggested protocols proposed by the parties. The Parties jointly update the Court as to the status of this action and attach the mutually agreed upon forensic protocol for approval by this Court.

1.	Pursuant to the Court's Order, the Parties' respective forensic experts, along with counsel for both Parties, met and conferred on February 6, 2026 to discuss the procedures for the forensic acquisition of the Device at issue.

2.	The parties agreed that any protocol will be limited to the steps necessary to create a bit-by-bit image of the device's file-system partition.

3.	Following this discussion, the parties reached an agreement on a mutually acceptable protocol governing the forensic acquisition of the Device. The location, date, and time of the acquisition will be set forth in an forthcoming subpoena to the Meigs County sheriff's department to produce the Device.

4.	The mutually agreeable protocol is submitted to the Court as an attachment to this Joint Status Report.

5.	The parties also agree that, once the forensic acquisition is complete and each party possesses the bit-by-bit image of the Device's file-system partition, each party will be permitted to independently analyze, examine, and conduct testing on the data acquired through the described protocol.

A proposed Order is filed herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ *Emma M. Weintraub* | /s/ *Paul Matouka*     (with permission) |

Emma M. Weintraub (TN BPR # 042326)
**Bricker Graydon Wyatt LLP**
6070 Poplar Ave. Suite 300
Memphis, TN  38119
(901) 537-1020
emweintraub@bricker.com

Donald J. Kelly (Pro Hac Vice)
**Bricker Graydon Wyatt LLP**
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235 / Facsimile (502) 589-0309
dkelly@bricker.com

*Counsel for Defendant*

Paul Matouka (Pro Hac Vice)
Alyson Oliver (Pro Hac Vice)
**OLIVER BELL GROUP**
50 W. Big Beaver Road, Suite 200
Troy, Michigan 48084
Notifications@oliverlawgroup.com
aoliver@oliverlawgroup.com
pmatouka@oliverlawgroup.com
*Attorneys for Plaintiffs NR, JE and L*

Robin R. Flores
**Flores Law Office**
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
robin@robinfloreslaw.com
*Attorneys for Plaintiff Nathan Smith*

Jeffrey W. Rufolo
**Summers, Rufolo & Rodgers, P.C.**
735 Broad Street, Suite 800
Chattanooga TN 37402
jrufolo@summersfirm.com
*Attorneys for Plaintiffs NR, JE and LC*

W. Neil Thomas, III
Michael Mason Thomas
**THOMAS & THOMAS**
6148 Lee Highway, Suite 1115
Chattanooga TN 37363
wntthomas@twtlawfirm.com
mthomas@twtlawfirm.com
*Attorneys for Plaintiff Nathan Smith*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the **19th** day of February, 2025:

Robin R. Flores
**FLORES LAW OFFICE**
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
robin@robinfloreslaw.com
*Attorneys for Plaintiff Nathan Smith*

Jeffrey W. Rufolo
**SUMMERS, RUFOLO & RODGERS, P.C.**
735 Broad Street, Suite 800
Chattanooga TN 37402
jrufolo@summersfirm.com
*Attorneys for Plaintiffs NR, JE and LC*

W. Neil Thomas, III
Michael Mason Thomas
**THOMAS & THOMAS**
6148 Lee Highway, Suite 1115
Chattanooga TN 37363
wntthomas@twtlawfirm.com
mthomas@twtlawfirm.com
*Attorneys for Plaintiff Nathan Smith*

Alyson Oliver
**OLIVER BELL GROUP**
50 W. Big Beaver Road, Suite 200
Troy, Michigan 48084
Notifications@oliverlawgroup.com
aoliver@oliverlawgroup.com
*Attorneys for Plaintiffs NR, JE and LC*

*/s/ James C. Bradshaw*