# Acquisition – Garmin GPS

**PURPOSE**

This protocol outlines the proposed forensic procedure for the retrieval and preservation of electronic data contained within the subject Garmin GPS device, identified as a Garmin Drive 52 EX.

The purpose of this protocol is to ensure that data extraction is conducted in a manner that preserves the integrity of the evidence and minimizes the risk of alteration or destruction to the device or its contents.

This acquisition will consist of a physically non-destructive logical and/or file system acquisition of the data stored within the original printed circuit board (PCB).

**PARTICIPANTS**

Defense Expert: Jeff Martin, CFCE – Evidence Solutions Inc.

Plaintiffs' Expert: Robert Draper – Relevant Data Technologies

Location:

Date & Time:

**GENERAL GUIDELINES**

Attendance and Documentation:
- All participants/Attendees will be identified and documented

Modifications to Procedures:
- If modifications to the proposed methods of acquisition and examination are required, they must be agreed upon by all attending parties before proceeding. Cooperation between parties and experts is expected and encouraged.

Objections During the Process:
- If objections arise during the acquisition process, a designated recording device shall be used to record any objections. Objections should be made verbally and clearly to allow the process to pause for resolution. The contested step will not proceed until a satisfactory resolution is achieved among all parties.

Recording Restrictions:
- No surreptitious recordings are permitted. Personal recording devices used for notes must not capture other conversations, even inadvertently.

**DEFINITIONS**

**Acquisition:** The process of making a forensic copy of data stored on a device.

- **Logical Acquisition:** The process of collecting files and data that are accessible through the operating system or a supported interface of the device. Logical acquisitions typically retrieve active user data such as documents, images, call logs, or application data without accessing unallocated or deleted areas of storage.
- **File System Acquisition:** The process of collecting files and directory structures directly from a device's file system, including system files and metadata, and may

include data marked for deletion but still present within the allocated file system structures. A file system acquisition provides a more complete view of stored data than a logical acquisition while avoiding direct access to raw, unstructured memory or unallocated storage areas.

**Bit-by-bit copy:** An exact digital duplicate of every piece of data on a storage device, including deleted or hidden files.

**Donor Device:** A separate, working GPS unit used to house the original circuit board so the device can power on and function normally for examination.

**Duplicate Storage Location:** A secure external drive or media where copied data is stored. These copies are used for analysis so the original evidence remains unaltered.

**Forensic Image:** A complete, verifiable copy of a device's data, often confirmed through digital hash values to prove integrity.

**GPS Simulator Mode:** A feature that allows the GPS device to operate without connecting to live satellites, similar to placing a cell phone into airplane mode.

**Hash Value:** A unique digital fingerprint generated from a file or data set. If the hash value changes, it indicates that the data has been altered.

**Human Machine Interface (HMI):** The device's touch screen or menu system that allows a person to interact with and operate the GPS unit.

**Mass Storage Mode:** A setting that allows the GPS device to appear as a removable storage drive when connected to a computer, making its files accessible for copying.

**Nonvolatile (Nonvol) Memory:** A section of the device's internal storage that retains information even when the device is powered off. It often contains system settings, logs, and other operational data.

**Original Device:** The actual GPS unit that was involved in the matter and contains the evidence to be examined.

**Original PCB (Printed Circuit Board):** The main internal board that holds the GPS device's electronic components and memory. It contains the data of interest in this case.

**USB Connection:** A standard cable link between the GPS device and a computer that allows data to be transferred.

**Secure Copy:** A verified duplicate of electronic data that is preserved for examination, ensuring the original remains unchanged.

**Working Copy:** A secondary version of data used for analysis so that the original evidence remains untouched.

**COMPONENTS**

Original Device: Garmin Drive 52 EX

S/N: 75Q168633

Donor Device: Garmin Drive

52 S/N: 5KB051770

Both devices, including all accessories, cables, and components, will be available for inspection and properly documented.

**PROPOSED SEQUENCE OF ANALYSIS**

1. Bit-for-bit acquisition of the "file system partition" using FTK Imager.
2. Parties receive data copies for analysis and testing.

**FORENSIC ACQUISITION EMBEDDED SD CARD (If Present)**

I am informed and believe that an SD CARD is not present in this device.

**FORENSIC ACQUISITION PROCEDURE (FTK Imager)**

**Purpose**

This section describes the forensic acquisition of the Garmin Drive 52 EX using FTK Imager when the device is recognized by a forensic workstation as an external storage device. This process will create a bit-by-bit image of the Device's file system partition but will not create a bit-by-bit image of the OS/BIOS partition. This poses no risk of physically damaging the Device.

**Rationale**

Further examination and testing of the Garmin Drive 52 EX demonstrate that, when connected to a computer via USB and placed into Mass Storage Mode, the device is presented as an external storage device. Testing of this acquisition method confirms that a bit-for-bit forensic acquisition captures both allocated data and recoverable unallocated data contained within the "file system partition."

The objective of this acquisition is to obtain a complete bit-for-bit forensic copy of the accessible file system partition from the Garmin device.

**Acquisition Procedure Using FTK Imager**

1. Document the condition of the Garmin Drive 52 EX, including serial numbers, labels, and physical condition, using photographs and video recording.
2. Connect the device to a clean, isolated power source using a factory-compatible charging cable to ensure adequate battery charge prior to forensic acquisition.
3. Place the Garmin device into GPS Simulator Mode and Mass Storage Mode.

4. Connect the Garmin Drive 52 EX to a forensic workstation using a USB cable through a hardware USB write-blocking device when compatible, or with software-based write-blocking controls enabled on the workstation when hardware write-blocking is not technically feasible.
5. Confirm that the device is recognized by the operating system as an external storage device and assigned a drive letter.
6. Launch FTK Imager on the forensic workstation.
7. In FTK Imager, select Create Disk Image and choose the option to acquire a Physical Drive.
8. Select the Garmin Drive corresponding to the assigned drive letter.
9. Configure the output format (e.g., E01 or RAW), destination storage location, and case metadata, including examiner name, date, time, and device description.
10. Enable hash calculation (MD5 and SHA-256) during acquisition (Verify images after they are created).
11. Enable Create directory listings of all files in the image after they are created.
12. Initiate the acquisition and monitor the process for errors or interruptions.
13. Upon completion, verify that the calculated hash values match the acquisition log and document the results.
14. Preserve the acquired image as read-only evidence to provide all parties with a verified copy of the extracted data for review and testing.