UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH,<br><br>and<br><br>NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually),<br><br>      Plaintiffs,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC.<br><br>      Defendant. | CIVIL ACTION NO.1:25-CV-50<br><br>JURY DEMAND |

### [PROPOSED] ORDER PURSUANT TO THE COURT'S JANUARY 30, 2026 ORDER

Pursuant to the Court's January 30, 2026 Order [Doc. 52], the Parties have met and conferred and submitted an Agreed Forensic Protocol, and the Court being otherwise sufficiently advised thereon, hereby:

1. DENIES the Plaintiffs' Motion for Forensic Examination Pursuant to Proposed Inspection Protocol as MOOT.

2. APPROVES the Forensic Protocol attached to the Parties' Joint Status Report; and

3. Directs the Parties to agree upon a date and time for the forensic inspection and within 14 days after the forensic inspection to meet and confer to address the status of the action

as well as a new proposed motion to amend scheduling, as appropriate. The Parties shall submit a

Joint Motion to Amend the current scheduling Order within 7 days after the meet and confer.

SO ORDERED.

_____
CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE