UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, <br><br>and<br><br>NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually),<br>        *Plaintiffs,*<br><br>v.<br><br>GARMIN INTERNATIONAL, INC.<br>        *Defendant*. | No1:25-cv-00050-DCLC-CHS |

## AGREED ORDER GOVERNING INSPECTION PROTOCOL FOR FORENSIC EXAMINATION OF GARMIN DEVICE

This matter originally came before the Court upon Plaintiffs' Motion for Forensic Examination Pursuant to Proposed Inspection Protocol [Doc. 30]. The Court conducted a hearing on this motion on January 27, 2026 [Doc. 52]. At the conclusion of that hearing, the Court entered an Order directing the Parties as follows:

> The Court will defer ruling on Plaintiffs' Motion for Forensic Examination Pursuant to Proposed Inspection Protocol [Doc. 30] until after the parties file a Joint Status Report, which is due by February 19, 2026, detailing their respective expert witnesses' efforts to craft a mutually agreeable protocol for the data extraction on the Garmin Device; attaching such mutually agreeable protocol; or, in the absence of such mutual agreement, attaching any proposed revisions to the earlier suggested protocols proposed by the parties.

[*See Id.*]

As directed by the Court, the Parties met and conferred, and subsequently filed a proposed Joint Status Report on February 19, 2026, which references and adopts a proposed "Agreed Forensic Protocol" [Docs. 53 and 53-1]. The Court has reviewed the Agreed Forensic Protocol and approves it.

For the foregoing reasons, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Forensic Examination Pursuant to Proposed Inspection Protocol [Doc. 30] is **DISMISSED AS MOOT**.

2. The Parties' Agreed Forensic Protocol attached to the Joint Status report as [Doc. 53-1] is hereby **APPROVED**. The Parties and their expert witnesses shall follow the requirements of such protocol [*Id.*] when conducting the Forensic Examination of the subject Garmin Device unless they reach mutual agreement to alter such protocol.

3. The Parties are hereby **DIRECTED** to agree upon a date and time for the Forensic Examination of the Garmin Device.

4. Within fourteen days after the Forensic Examination, the Parties shall meet and confer to address the status of the lawsuit as well as a proposed motion to amend scheduling deadlines, as appropriate. The Parties shall submit a Joint Motion to Amend the current Scheduling Order within seven days after such meet and confer session.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE