UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH,<br><br>and<br><br>NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually),<br><br>Plaintiffs,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION NO.1:25-CV-50<br><br>JURY DEMAND |

## NOTICE OF PROOF OF SERVICE

Please take notice that Defendant, Garmin International, Inc., by counsel, pursuant to Rule 45(b)(4) of the Federal Rules of Civil Procedure, hereby submits the following proof of service demonstrating service of Subpoena, by Richard Cleary, Process Server, on Brian Malone on March 3, 2026, attached hereto.

Respectfully submitted,

/s/   Emma M. Weintraub
Emma M. Weintraub (TN BPR # 042326)
**Bricker Graydon Wyatt LLP**
6070 Poplar Ave. Suite 300
Memphis, TN  38119
(901) 537-1020
emweintraub@bricker.com

Donald J. Kelly (Pro Hac Vice)
**Bricker Graydon Wyatt LLP**
400 West Market Street, Suite 2000
Louisville, KY  40202
(502) 589-5235 / Facsimile (502) 589-0309
dkelly@bricker.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the **5th** day of March, 2026:

Robin R. Flores
**FLORES LAW OFFICE**
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
robin@robinfloreslaw.com
*Attorneys for Plaintiff Nathan Smith*

Jeffrey W. Rufolo
**SUMMERS, RUFOLO & RODGERS, P.C.**
735 Broad Street, Suite 800
Chattanooga TN 37402
jrufolo@summersfirm.com
*Attorneys for Plaintiffs NR, JE and LC*

W. Neil Thomas, III
Michael Mason Thomas
**THOMAS & THOMAS**
6148 Lee Highway, Suite 1115
Chattanooga TN 37363
wntthomas@twtlawfirm.com
mthomas@twtlawfirm.com
*Attorneys for Plaintiff Nathan Smith*

Alyson Oliver
**OLIVER BELL GROUP**
50 W. Big Beaver Road, Suite 200
Troy, Michigan 48084
Notifications@oliverlawgroup.com
aoliver@oliverlawgroup.com
*Attorneys for Plaintiffs NR, JE and LC*

            /s/ Emma M. Weintraub

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| The Estate of Tabitha Marie Smith, et al., <br> *Plaintiff* <br> v. <br> Garmin International, Inc. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:25-CV-50 <br> ) <br> ) <br> ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Meigs County Sheriff's Department
410 River Road, Decatur, TN 37322

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The original Garmin 52 EX in possession of Deputy Leonard at the time of the accident as well as the Garmin 52 EX donor device preivously analyzed by Agent Duggar. The donor device contains the cicuit board of the original device. Production is necessary to complete a forensic acquisition of the Device's data.

| Place: Meigs County Sheriff's Department <br> 410 River Road, Decatur, TN 37322 | Date and Time: <br> 03/23/2026 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/2/2026

CLERK OF COURT

OR

_____     *Emma M. Weintraub*
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Garmin International, Inc. , who issues or requests this subpoena, are:
Emma M. Weintraub, 6700 Poplar Ave., Suite 300, Memphis, TN 38119 , (901)537-1020, emweintraub@bricker.com
Donald J. Kelly, 400 W. Market St., Suite 2000, Louisville, KY 4020 (502)589-5235, dkelly@bricker.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. **1:25-CV-50**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for **Meigs County Sheriff's Department** on **3/03/2026:**

[X] I served the subpoena by delivering a copy to the named person as follows: **Briam Malone**, who is designated by law to accept service of process on behalf of **Meigs County Sheriff's Department** at **410 River Rd, Decatur, TN 37322** on **03/04/2026 at 1:53 PM**

**I delivered the documents, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, to Briam Malone who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date: 03/04/2026

*Server's signature*

**Richard Cleary**
*Printed name and title*

**15177
State Highway 58
Decatur, TN 37322**

*Server's address*

Additional information regarding attempted service, etc:

