# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA

|  |  |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, <br><br> and <br><br> NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually), <br><br>         Plaintiffs, <br><br> v. <br><br> GARMIN INTERNATIONAL, INC. <br><br>         Defendant. | CIVIL ACTION NO.1:25-CV-50 <br><br> JURY DEMAND |

## [PROPOSED] ORDER CONTINUING TRIAL DATE

This matter is before the Court on Garmin's Motion to Continue Trial Date. Upon consideration of the Motion and for good cause shown, the Motion is hereby GRANTED. The trial in this matter, currently set for December 1, 2026 is CONTINUED. The trial date is RESET to a date to be determined by the Court, at a time convenient to its calendar.

SO ORDERED.

/s/ _____

110026546v1