# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA

| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, | CIVIL ACTION NO. 1:25-CV-50 |
| **and** | **JURY DEMAND** |
| NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually), | |
| **Plaintiffs,** | |
| **v.** | |
| GARMIN INTERNATIONAL, INC. | |
| **Defendant.** | |

---

## AMENDED  SCHEDULING ORDER

---

Good cause appearing, the Court adopts a bifurcated discovery schedule designed to promote efficiency and permit early resolution of this case's threshold issues through early dispositive motion practice. Phase One will be limited to discovery solely addressing the issue of liability. Phase One will be followed by dispositive motion practice. Based on the outcome of Phase One and the following motion practice, any further discovery will proceed in Phase Two.

## I.    PHASE ONE: SCOPE AND SCHEDULE

Discovery during Phase One shall be limited exclusively to discovery on issues of liability. No discovery or testimony regarding damages shall be permitted during Phase One.

Phase One Shall proceed in accordance with the below schedule:

1.1 **Written Fact Discovery** – The previous Scheduling Order established a fact and expert discovery cut-off of June 19, 2026. The Court will extend the fact discovery cut-off to **August 16, 2026** and address the expert discovery cut-off below. \

1.2 **Liability Expert Report Disclosures** – By **September 15, 2026**, Plaintiffs shall serve their expert report(s) limited to liability and in accordance with FRCP 26. Plaintiffs shall be limited to no more than three experts absent order of the Court.

1.3 **Rebuttal Liability Expert Report Disclosures** – By **October 15, 2026**, Garmin shall serve its rebuttal expert report(s) limited to liability and in accordance with FRCP 26. Garmin shall be limited to no more than three experts absent order of the Court.

1.4 **Expert Deposition Deadline** – Depositions of **all** liability expert witnesses shall be completed by **November 16, 2026.**

1.5 Close of Discovery and Phase One – Phase One of discovery shall close at the end on **November 16, 2026**.

## II. <u>DISPOSITIVE MOTION PRACTICE</u>

Motions for summary judgment or partial summary judgment addressing Phase One threshold issues shall be filed by **December 18, 2026.** Any opposition briefs responding to dispositive motions shall be served and filed by **January 8, 2027** or within twenty-one (21) days after the service of the opening brief, whichever is sooner, and any reply briefs shall be served and filed within seven (7) days after the service of the answering brief. Page limits and briefing format shall follow the Local Rules unless modified by separate order. In addition to dispositive motion practice, the Parties may pursue any *Daubert* challenges must be filed by **December 18, 2026.**

2

### III.  <u>PHASE TWO</u>

Within fourteen (14) days after the Court's ruling on Phase One dispositive motions, the Parties shall meet and confer and file a joint status report proposing: (a) any remaining issues; (b) Phase Two discovery plan and deadlines; (c) expert disclosure schedule; and (d) pretrial and trial settings. If issues remain for adjudication, the Court will enter Phase Two deadlines.

### IV.  <u>OTHER MATTERS</u>

All Parties' rights, objections, and privileges are preserved. Nothing in this Order limits the ability to seek leave for narrowly tailored discovery for good cause or to modify deadlines by further Court order.  Nothing in this Order is to be construed as indication that a bifurcated trial is appropriate.

This Amended Scheduling Order is entered pursuant to the Parties' joint motion submitted on or before April 27, 2026, and that motion [Doc. 59] is **GRANTED except as modified herein**. In addition, this Amended Scheduling Order supersedes the Court's original Scheduling Order [Doc. 25], whose dates and deadlines are **SUSPENDED**. Defendant's Motion to Continue Trial Date [Doc. 60] is **DENIED AS MOOT**.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

3