# Exhibit 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA**

TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH,

and

NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually),

Plaintiffs,

v.

GARMIN INTERNATIONAL, INC.

Defendant.

CIVIL ACTION NO.1:25-CV-50

JURY DEMAND

**AFFIDAVIT OF JEFFREY MARTIN, CFCE**

I, Jeffrey Martin, after being duly sworn do depose and state as follows:

1) My name is Jeffrey Martin. I am over 18 years of age, of sound mind, have never been convicted of a felony or a crime of moral turpitude, and I am competent to make this affidavit. The matters set forth in this affidavit are within my personal and professional knowledge and are true and correct.

2) I have over twenty-three years of experience as a technology, computer, and digital forensics professional, including several years as a Digital Forensic Analyst for the Michigan State Police, Cyber Section, Computer Crimes Unit.

3) From 2021 through the present, I have been employed as a Senior Technology Forensics Examiner of Evidence Solutions, Inc., a forensic evidence examination company which, among other things, specializes in acquisition, preservation, recovery, and analysis of data as evidence.

4) I am a Certified Forensic Computer Examiner through the International Association of Computer Investigative Specialists. I have testified in litigation as a Forensic Evidence Examiner in many State and Federal courts as well as arbitration hearings. I have qualified as an expert in digital evidence more than thirty times.

5) From 2018 to the present, I have taught cybercrime, digital forensics, and computer hacking forensic investigations at Northern Michigan University, as well as cybersecurity and digital forensics courses at Davenport University.

6) As a regular part of my professional practice, I routinely examine digital forensic evidence from embedded systems and consumer electronic devices, including navigation and GPS devices, file system data, nonvolatile memory artifacts, metadata, and system logs, as well as electronic records and digital audit trails, using established forensic methodologies appropriate to the device and data at issue.

7) My opinions are given to a reasonable degree of certainty in the field of Digital Forensics. This affidavit is also based upon my education, training, and experience as well as my review of some records and materials in this case.

8) For further review of my qualifications, training, and professional experience, my curriculum vitae is attached as Appendix A and incorporated by reference.

**Materials Reviewed:**

9) I have reviewed and analyzed the following devices, documents and data in preparing this affidavit:

- Garmin Drive 52 EX and Original Circuit Board found in Deputy Leonard's patrol vehicle maintained in custody by the Meigs County Sheriff's Office (the "subject Device")
- Forensic Acquisition (Data) from the subject Device
- Garmin Map and Navigation Data Recovered from the subject Device
- Garmin Drive 52 EX utilized for testing (the "test Device")

10) I also participated in and evaluated controlled drive testing involving the relevant routes in Meigs County, Tennessee, including the area of Blythe Ferry Lane, the Tennessee River, and the route between the Tri-County Veterans Bridge and the Meigs County Jail.

**Forensic Acquisition**

11) On March 23, 2026, a forensic acquisition was performed of the relevant file system partition of the original subject Device using FTK Imager. The forensic acquisition was performed pursuant to a Court approved Agreed Forensic Protocol and Plaintiffs were represented by their expert, Robert Draper. The Device was placed into Mass Storage Mode, which allowed the relevant storage partition to be presented to the forensic workstation for acquisition.

12) The FTK Imager acquisition was a sector level, bit for bit acquisition of the accessible file system partition. The acquisition therefore preserved the allocated files and recoverable unallocated space contained within that partition.

13) The acquired partition contained the Garmin map data relevant to determining what geographic and roadway information was installed on the subject Device.

14) The forensic acquisition successfully produced a complete, bit for bit copy of the acquired file system partition of the subject Device, including the map data relevant to this matter. The integrity and accuracy of the forensic acquisition were verified through cryptographic hash verification. The hash values calculated during the acquisition and subsequent verification matched, confirming that the forensic image is an accurate duplicate of the acquired data and that its integrity was maintained.

15) The completed forensic acquisition preserved the contents of the acquired file system partition of the subject Device, including the Garmin map files, associated file system data, and unallocated space. A complete copy of the verified forensic image was subsequently provided to Plaintiffs' expert for independent forensic examination and analysis.

16) Following acquisition and verification, examination and testing were conducted using the verified copies of the acquired evidence rather than relying solely upon continued examination of the original evidence device. This methodology preserves the acquired evidence while allowing the forensic findings to be independently examined and tested.

**Examination of Garmin Map Data**

17) I examined the map files recovered from the subject Device during the forensic acquisition.

18) The forensic examination confirms that the map files installed on the subject Device do not depict or include a bridge crossing the Tennessee River at the end of Blythe Ferry Lane.

19) This conclusion is based upon my examination of the map data actually recovered from the subject Device and is not based upon a current Garmin map or a current online map.

20) Garmin map data is stored as compiled map data used by the Device to display geographic features and calculate routes. Examination of the map data recovered from the subject Device did not identify the bridge alleged by Plaintiffs at the end of Blythe Ferry Lane.

**Validation & Testing**

21) The acquired Garmin data, from the subject Device, was further evaluated through controlled testing. This testing provided an independent means of validating how the recovered map data was interpreted and displayed by the Garmin navigation system.

22) In addition to examination of the underlying forensic data, controlled drive testing was conducted along the relevant roads in Meigs County. The testing included the route between the Tri-County Veterans Bridge and the Meigs County Jail and travel involving Blythe Ferry Lane.

23) The purpose of the drive testing was to evaluate the Garmin map and routing data under actual operating conditions and determine how the Garmin navigation system would behave when traveling the relevant route.

24) The test Device used during the controlled testing utilized the map data acquired from the subject Device. The test results were consistent with the forensic examination of the underlying map files. The test Device did not display a bridge crossing the Tennessee River at the end of Blythe Ferry Lane.

25) The testing further demonstrated that if the user initiated a destination to navigate from the Tri-County Veterans Bridge to the Meigs County Jail the Garmin device would not calculate a route that directed the driver along Blythe Ferry Lane and into the Tennessee River.

26) During testing, when travel deviated from the route calculated by the Garmin in a manner consistent with Deputy Leonard's path of travel on the evening of the Accident, the Garmin test Device provided four separate route guidance warnings, both visual and audible, and

instructions inconsistent with continuing along that path toward the end of Blythe Ferry Lane. The final warning advised the driver to "make a U-turn" before reaching the boat ramp at the end of Blythe Ferry Lane. *See* Ex. 5, at 00:41:22.

27) These results provide an independent operational validation of the map data recovered through forensic acquisition. The acquired forensic data and the actual operation of the Garmin device produced consistent results and each independently confirmed that the subject Device did not contain any map data showing a bridge at the end of Blythe Ferry Lane.

**Route Guidance Mode**

28) I also examined the forensic data for evidence concerning whether the subject Device was operating in active route guidance mode at the time of the incident.

29) Based upon my examination of the data recovered from the device, I identified no evidence indicating that Deputy Leonard was utilizing the subject Device in active route guidance mode at the time of the incident.

30) This finding is significant because the Garmin Device behaves differently when an active destination and route are engaged. When operating in route guidance mode, the Garmin Device provides visual and audible navigation instructions and recalculates the route when the driver deviates from the calculated path.

31) Had the subject Device been utilized in active route mode from the Tri-County Veterans Bridge to the Meigs County Jail on the night of the Accident, the route would not have gone on Blythe Ferry Lane and had Deputy Leonard turned in that direction he would have received four separate visual and audible warnings to make a turn or make a U-turn before he reached the boat ramp at the Tennessee River. *See* Ex. 4, Test-Drive, Close-Up Video.

a) First correction after deviation from Garmin route turning off highway 60 onto Shadden Rd.

i) Verbal Instruction: - “turn left on Lower Lane then turn left”.



b) After passing Lower Ln and ignoring the Garmin instructions, the Garmin instructs to turn RIGHT on Blythe Ferry Ln.

i) Verbal Instruction 1: - “in one half mile turn right on Blythe Ferry Lane”.

ii) Verbal Instruction 2: - “turn right on Blythe Ferry Lane”.



c) After ignoring the turn right on Blythe Ferry Ln and making a left on Blythe Ferry Ln the Garmin directs us to turn left on "Unpaved Road" that brings you back to highway 60.

   i) Verbal Instruction 1: - "in one half mile turn left on unpaved road".

   ii) Verbal Instruction 2: - "turn left on unpaved road".



d) After ignoring the Garmin instruction to turn left on Unpaved Road the Garmin instructs to "Make a U-turn" clearly before the end of Blythe Ferry Ln.

i) Verbal Instruction: "When possible make a U-turn".






**Opinions & Conclusions**

32) Based upon my education, training, experience, forensic acquisition and examination of the subject Device data, and controlled testing performed in this matter, it is my opinion to a reasonable degree of certainty in the field of digital forensics that:

a. The forensic acquisition successfully preserved the file system partition of the subject Device containing the Garmin map data relevant to this matter.

b. The forensic image was verified using cryptographic hashing and provides a reliable and accurate representation of the data acquired from the subject Device.

c. The map data recovered from the subject Device does not depict or contain a bridge crossing the Tennessee River at the end of Blythe Ferry Lane.

d. The Garmin Device does not calculate a route from the Tri-County Veterans Bridge to the Meigs County Jail that directs the driver down Blythe Ferry Lane and across the Tennessee River at that location.

e. Controlled drive testing independently confirmed the findings obtained from examination of the forensic data.

f. When operated in active route guidance mode during the controlled testing, the test Device provided four separate route guidance warnings or instructions inconsistent with continuing along the path traveled by Deputy Leonard toward the end of Blythe Ferry Lane.

g. The forensic data recovered from the subject Device contains no evidence indicating that Deputy Leonard was utilizing the Device in active route guidance mode at the time of the incident.

h. The forensic examination and controlled testing identified no evidence of any mapping error, routing error, or navigation instruction generated by the subject Device that would have directed Deputy Leonard toward the location of the accident.

33) The forensic evidence therefore does not support the proposition that the subject Device contained a map depicting a bridge across the Tennessee River at the end of Blythe Ferry Lane or that the Device, while operating in route guidance mode, directed Deputy Leonard along the path that resulted in the incident.

Further Affiant sayeth not.

Jeff Martin
_______________________________
Jeffrey Martin

STATE OF ARIZONA )
)
COUNTY OF MARICOPA )

The foregoing instrument was subscribed, sworn to and acknowledged before me this 15 day of October, 2026, by Jeffrey Martin.

My commission expires: Jan.12, 2029.

ALECIA ENGELMANN
NOTARY PUBLIC - ARIZONA
Maricopa County
Commission # 679127
My Comm. Exp. Jan. 12, 2029

_______________________________
NOTARY PUBLIC

Notary ID. # 679127

# Appendix A




Specialities

Practice Areas

Professional Experience

Teaching Experience

Courses Designed & Instructed

Computer & Technology Forensics Teaching Experience

Testifying Experience

Forensic Application Experience

Forensic Hardware Experience

Formal Education

Certifications

Professional Societies

Other Work Experience

Selected Computer & Technology Forensics Experience

Continuing Education & Training

Biography


CURRICULUM VITAE OF

# JEFF MARTIN, CFCE


**Evidence Solutions, Inc. • Jmartin@EvidenceSolutions.com**


## Specialities

Digital Forensics Expert and incident responder with over two decades of experience leading secure technology operations, evidence collection, forensic analysis, incident response, cyber investigations, and expert witness testimony.

## Practice Areas

- Browsing Activity
- Call Data Records
- Cloud Data
- Computer Systems
- Criminal Defense Investigations
- Cyber Security Instructor
- Cyber Investigations
- Databases
- Digital Cameras
- Digital Media
- Electronic Medical Records
- E-Mail
- Google Data
- GPS Systems
- iCloud Data
- Images & Videos
- Incident Response
- Intrusions
- Log Analysis
- Malware Analysis
- Mobile Devices
- Password Cracking
- Social Media
- Triangulation / Location

## PROFESSIONAL EXPERIENCE

**Digital Forensics Expert - CFCE** — **September 2021 – Present**

*Evidence Solutions Inc. – Tucson, AZ (Remote)*

- Lead forensic acquisitions, triage, and analysis across mobile, cloud, and enterprise data sources in complex civil, criminal, and regulatory cases.
- Perform incident response investigations including malware analysis, unauthorized access, insider threats, and data exfiltration.
- Draft forensic reports, affidavits, and declarations; serve as expert witness in depositions and court proceedings.
- Conduct keyword culling, metadata analysis, and structured data review using industry-standard eDiscovery platforms.
- Maintain advanced certifications and deliver training on forensic practices, legal holds, and data preservation protocols.

**Advanced Digital Forensic Examiner - CFCE** — **January 2017 – February 2022**

*Michigan State Police – Marquette, MI*

- Conducted complex digital evidence collections and criminal investigations.
- Collected data from endpoints, cloud platforms, and mobile devices using forensic-grade tools.
- Supervised analysts during multi-agency forensic operations.
- Delivered courtroom testimony, reports, and compliance-driven documentation.
- Developed SOPs for digital evidence handling, chain-of-custody, and evidence integrity.

**Chief Information & Security Officer** — **October 2008 – January 2017**

*U.P. Catholic Credit Union (Now Embers Credit Union) – Marquette, MI*

- Directed all IT and cybersecurity functions for a multi-branch credit union, including infrastructure, systems administration, and secure network operations.
- Designed and implemented the institution's vendor management program, aligning with FFIEC and NCUA guidance.




Case 1:25-cv-00050-DCLC-CHS Document 63-2 Filed 10/15/26 Page 15 of 21 PageID #: 587





**Evidence Solutions, Inc.** • **Jmartin@EvidenceSolutions.com**

Specialities

Practice Areas

Professional Experience

Teaching Experience

Courses Designed & Instructed

Computer & Technology Forensics Teaching Experience

Testifying Experience

Forensic Application Experience

Forensic Hardware Experience

Formal Education

Certifications

Professional Societies

Other Work Experience

Selected Computer & Technology Forensics Experience

Continuing Education & Training

Biography

## EXPERIENCE cont.

- Developed comprehensive cybersecurity and information security policies to support regulatory compliance with GLBA, PCI-DSS, and state/federal guidelines.
- Authored and tested the organization's disaster recovery and business continuity plan, improving resilience and recovery time objectives.
- Oversaw endpoint protection, patch management, firewall administration, and secure remote access across all branches.
- Managed IT budgets, technology procurement, and strategic planning to modernize core systems and strengthen security posture.
- Collaborated with auditors and regulators during exams, successfully passing multiple state and federal audits with no significant findings.

**Senior Windows/Network Administrator/Consultant** **July 2003 – October 2008**
*Computer Associates of Marquette – Marquette, MI*
- Served as a trusted IT consultant and managed service provider for small to mid-sized businesses in legal, healthcare, and financial sectors.
- Designed and implemented customized business continuity, disaster recovery, and endpoint protection strategies aligned with industry compliance standards (HIPAA, PCI-DSS, GLBA).
- Provided clients with secure network architecture, backup solutions, cloud migrations, and email security configurations.
- Built long-term client relationships through proactive maintenance, risk assessments, and staff training on cybersecurity best practices.

**Tactical Intelligence Officer / Military Police Enlisted / Protective Services Detail**
*United States Army* **February 1995 – February 2007**
- Served in multiple operational roles including Military Police, Protective Services, and Military Intelligence Officer across both active duty and National Guard assignments.
- Provided protective services to high-ranking officials, supporting national security objectives with precision, discretion, and logistical coordination.
- Led intelligence operations and contributed to mission planning, information security, and strategic threat analysis.
- Commissioned as a United States Army Intelligence Officer after completing one of the military's most rigorous leadership development programs. Trained in command strategy, operational leadership, and decision making under pressure. These experiences continue to shape a mission focused, team driven approach to civilian leadership and organizational resilience.

## TEACHING EXPERIENCE

**Faculty Instructor** **December 2023 – Present**
*Davenport University – Grand Rapids, MI*
- Design and deliver undergraduate and graduate courses in Cybersecurity, Digital Forensics, and Networking.
- Develop course content that integrates applied technical instruction, case-based learning, and real-world investigative practice.
- Competencies development for Department of Defense Center for Academic Excellence (CAE)



Case 1:25-cv-00050-DCLC-CHS Document 63-2 Filed 10/15/26 Page 16 of 21 PageID #: 588




[Specialities]
[Practice Areas]
[Professional Experience]
[Teaching Experience]
[Courses Designed & Instructed]
[Computer & Technology Forensics Teaching Experience]
[Testifying Experience]
[Forensic Application Experience]
[Forensic Hardware Experience]
[Formal Education]
[Certifications]
[Professional Societies]
[Other Work Experience]
[Selected Computer & Technology Forensics Experience]
[Continuing Education & Training]
[Biography]





**Evidence Solutions, Inc.** • **Jmartin@EvidenceSolutions.com**


## TEACHING EXPERIENCE Cont.

**Faculty Instructor** **August 2019 - December 2023**

*Northern Michigan University – Marquette, MI*

- Design and deliver undergraduate and graduate courses in Cybercrime, Digital Forensics, and Cyber Law.
- Created engaging learning experiences that connected legal, investigative, and technical cybersecurity concepts.
- Prepared students for professional practice through applied coursework, analysis, and discussion of contemporary cyber issues.

**Cisco Networking Academy Instructor** **January 2026- Present**

- Provide industry aligned instruction in emerging technologies and security concepts with an emphasis on practical understanding and workforce readiness.

**Amazon Web Services (AWS) Academy Instructor** **January 2026- Present**

- Deliver instruction in cloud technologies, architecture, and security principles to support student readiness in modern computing environments.

## COURSES DESIGNED & INSTRUCTED

**Designed & Instructed**

U – Windows Digital Forensics
DU – Advanced Topics in Digital Forensics
DU – Mobile Device Forensics
DU – Security Foundations
DU – Disaster Recovery
DU – Advanced Computer Forensics
DU – Digital Forensics Analysis & Report Writing
DU – Internet/Email/Electronic Discovery
DU – Reverse Engineering Malware
NMU – Cybercrime & Digital Forensics
NMU – Cyber Law
NMU – Network Security Tools & Techniques
NMU – User Interface/Experience Design UI/UX

**Instructed**

NMU – Certified Hacking Forensic Investigator (CHFI)
Cisco Academy – Ethical Hacker
Cisco Academy – Modern AI
DU – Information Security & Assurance
DU – Cryptography
DU – Vulnerability Assessment
DU – Authentication & Audits
DU – Legal & Ethical Issues Information Assurance
DU – Microsoft Network Infrastructure
NMU – Cybersecurity Foundations
NMU – Ethical Hacker / Penetration Testing
AWS – Academy Cloud Foundations
AWS – Academy Cloud Security Foundations
AWS – Academy Machine Learning Natural Language
AWS – Academy Cloud Architecting
NMU – Quantitative Business Problem Solving




Specialities

Practice Areas

Professional Experience

Teaching Experience

Courses Designed & Instructed

Computer & Technology Forensics Teaching Experience

Testifying Experience

Forensic Application Experience

Forensic Hardware Experience

Formal Education

Certifications

Professional Societies

Other Work Experience

Selected Computer & Technology Forensics Experience

Continuing Education & Training

Biography





**Evidence Solutions, Inc. • Jmartin@EvidenceSolutions.com**


## COMPUTER & TECHNOLOGY FORENSICS TEACHING EXPERIENCE

In addition to teaching Cybercrime, digital forensics, and Computer Hacking Forensics Investigator courses at Northern Michigan University & Davenport University I also regularly speak and teach Cybercrime, Digital Forensics, Cyber Security, Cyber Etiquette, & Cyber Safety to various organizations. These organizations include:

- Community Schools
- Community Organizations (Service Organizations, Church Groups)
- Industry Specific Events/Conferences (Financial Institutions, Lawyers, Medical Groups)
- I developed and specifically trained a group of Judges, Magistrates, and Attorneys in digital evidence.
- I teach digital forensics (search and seizure) to the Local Police Academy at Northern Michigan University.
- Chief of Police & Sheriff Groups
- Law Enforcement Agencies

## TESTIFYING EXPERIENCE

- Qualified as an expert in the field of Digital Forensics in Numerous Jurisdictions in the United States, Canada and the Cayman Islands

## FORENSIC APPLICATION EXPERIENCE

Computer Forensic Tools (Software)
- Magnet Axiom (Acquire, Process, Examine)
- X-ways Forensics
- WinHex
- MAC Recon & Paladin
- OS Forensics
- Autopsy
- Access Data Forensic Toolkit (FTK)
- Forensic Explorer (FEX)

Cellular Phone Forensic Tools
- Cellebrite- Physical and Logical
- Grayshift - Graykey
- Oxygen Forensics
- CellHawk

Other Forensic Tools
- OS Forensics
- OS Triage
- Wireshark

## FORENSIC HARDWARE EXPERIENCE

External Hard Drives
SD Cards
Cellular Phones- Android & iOS
Desktops
Servers
Vehicle Data
GPS Devices

Laptops
USB External Devices
Firewalls
Network Switches
Fitness Trackers
EDLs
IOT

## FORMAL EDUCATION

**M.S. in Information Assurance, Cyber Security** 2020
Davenport University - Grand Rapids, MI

**B.S. in Business Computer Information Systems, Military Science Minor** 2003
Northern Michigan University - Marquette, MI




Case 1:25-cv-00050-DCLC-CHS Document 63-2 Filed 10/15/26 Page 18 of 21 PageID #: 590



CURRICULUM VITAE OF

# JEFF MARTIN, CFCE


**Evidence Solutions, Inc.** • **Jmartin@EvidenceSolutions.com**



Specialities

Practice Areas

Professional Experience

Teaching Experience

Courses Designed & Instructed

Computer & Technology Forensics Teaching Experience

Testifying Experience

Forensic Application Experience

Forensic Hardware Experience

Formal Education

Certifications

Professional Societies

Other Work Experience

Selected Computer & Technology Forensics Experience

Continuing Education & Training

Biography


## CERTIFICATIONS

- CFCE, Certified Forensic Computer Examiner – International Association of Computer Investigative Specialists (IACIS)
- CCUE, Certified Credit Union Executive – National Credit Union Association (NCUA)

## PROFESSIONAL SOCIETIES

- American Society of Digital Forensics & eDiscovery
- Norther Michigan University Cyber Security Advisory Council
- International Association of Computer Investigative Specialists (IACIS)
- Scientific Working Group on Digital Evidence (SWGDE)
- Michigan InfraGard

## OTHER WORK EXPERIENCE

- Michigan State Police Fitness/Wellness Instructor:
  provide fitness and wellness (nutrition) training to department members.
- Michigan State Police Peer Support:
  provide peer support (first responder) to department members experiencing trauma or in need of emotional/mental support.
- CrossFit Level 1 Coach at Blackfly CrossFit.

## SELECTED COMPUTER & TECHNOLOGY FORENSICS EXPERIENCE

- Certification Coach for the Certified Forensic Computer Examiner (CFCE) certification from the International Associated of Computer Investigative Specialists (IACIS)
- Instructor at Northern Michigan University teaching the Computer Hacking Forensic Investigator (CHFI) certification from EC-Council.
- Analyzed vehicle GPS data, cell phone tower triangulation, and cellphone data records to locate a homicide victim buried in the middle of the forest (received an award).
- Maintained a 100% conviction rate of caseload with the Michigan State Police.

## CONTINUING EDUCATION & TRAINING

| | | | | |
|---|---|---|---|---|
| NW3C | CI099 | Basic Computer Skills | 3 | 2/14/17 |
| NW3C | CI100 | Identifying & Seizing Electronic Evidence | 2.5 | 2/15/17 |
| NW3C | CI103 | Introduction to Cellphone Investigations | 1 | 2/15/17 |
| NW3C | CS100 | Introduction to Computer Networks | 2.75 | 2/15/17 |
| NW3C | CI141 | Encryption | 1 | 2/28/17 |
| NW3C | CS110 | Understanding Digital Footprints | 0.5 | 2/28/17 |
| NW3C | CI155 | Online Undercover | 1 | 3/2/17 |
| NW3C | CI131 | Social Media Basics | 1 | 3/2/17 |
| NW3C | HUNT | How to Hunt Criminals & Terrorists | 8 | 5/18/17 |
| FVTC | ICAC | 2017 National LE Training on Child Exploitation | 24 | 6/8/17 |
| NW3C | CI102 | How Computers Work and Store Data | 3 | 7/3/17 |
| NW3C | CI142 | Encryption | 1 | 7/5/17 |
| NW3C | CI091 | Introduction to Previewing | 0.5 | 7/7/17 |
| MAGNET | IEF200 | Magnet Forensics Examiner (AX099) | 40 | 7/21/17 |
| NW3C | CI101 | STOP Secure Techniques Onsite Previewing | 16 | 8/15/17 |




Case 1:25-cv-00050-DCLC-CHS Document 63-2 Filed 10/15/26 Page 19 of 21 PageID #: 591



CURRICULUM VITAE OF

# JEFF MARTIN, CFCE

Evidence Solutions, Inc. • Jmartin@EvidenceSolutions.com

Specialities

Practice Areas

Professional Experience

Teaching Experience

Courses Designed & Instructed

Computer & Technology Forensics Teaching Experience

Testifying Experience

Forensic Application Experience

Forensic Hardware Experience

Formal Education

Certifications

Professional Societies

Other Work Experience

Selected Computer & Technology Forensics Experience

Continuing Education & Training

Biography

## CONTINUING EDUCATION & TRAINING cont.

| | | | | |
|---|---|---|---|---|
| NW3C | CC101 | BDFI Basic Digital Forensic Imaging | 16 | 8/17/17 |
| DTMB | Security | Security at a Glance | 1 | 8/28/17 |
| NW3C | CC201 | DEEP Digital Evidence Examination Processing | 32 | 9/22/17 |
| X-Ways | X-Ways | X-Ways Forensic Software | 32 | 9/28/17 |
| NW3C | Webinar | Drone Forensics 101 Web Seminar | 1.5 | 11/2/17 |
| DTMB | Security | Computer Security – Safe Computing | 1 | 1/9/18 |
| CompTIA | Security+ | CompTia Security+ Training Course Online | 40 | 3/9/18 |
| Cellebrite | CCO | Cellebrite Certified Operator | 14 | 3/27/18 |
| Cellebrite | CCPA | Cellebrite Certified Physical Analyst | 27 | 3/30/18 |
| NW3C | CI151 | First Responders & Digital Evidence | 1.5 | 4/2/18 |
| IACIS | BDFI | Basic Digital Forensic Investigations | 80 | 5/3/18 |
| MITrain | SAT | Security Awareness Training 1-3B | 2 | 7/2/18 |
| NW3C | CI104 | Virtual Currency | 1 | 11/19/18 |
| IACIS | CFCE | Certified Forensic Computer Examiner | 80 | 10/12/18 |
| Gridcop | CPS P2P | Gridcop CPS P2P Training | 24 | 3/8/19 |
| HSI | Dark Web | HSI Dark Web Training | 8 | 3/26/19 |
| IACIS | CAWFE | Certified Advanced Windows Forensic Examiner | 36 | 5/10/19 |
| SHIFT | SHIFT | Supporting Heroes in Mental Health Training | 6 | 5/23/19 |
| OSB | PSP | Office Behavioral Science Peer Support Training | 8 | 10/28/19 |
| PassMark | OSFCE | OSForensics OSFTC Course | 7 | 12/02/19 |
| PassMark | OSFCE | OSForensics OSFCE Course | 20 | 12/05/19 |
| MSAB | XAMN | MSAB XAMN Spotlight Certification | 8 | 5/4/20 |
| USSS | MAPS2019 | Mass Attacks in Public Spaces 2019 | 4 | 8/6/20 |
| US DOJ | NCJTC | National LE Training Child Exploitation | 18.75 | 10/23/20 |
| NW3C BCI | CI102 | Basic Cyber Investigations – Dark Web | 24 | 11/18/20 |
| Davenport Univ. | | Masters Science Cyber Security | 432 | 12/30/20 |
| IACIS | CIFR | Cyber Incident Forensic Response | 76 | 5/08/21 |
| CellHawk | Analytics | Cellular Technology, Mapping & Analysis | 32 | 3/10/22 |
| PIEducation | CEU | Basic Forensic Scene Photography | 2 | 1/10/24 |
| PIEducation | CEU | Criminal Defense Investigations | 7 | 1/25/24 |
| PIEducation | CEU | Ethics for Investigators | 2 | 1/30/24 |
| PIEducation | CEU | Evidence Inspection & Documentation w/DNA | 5 | 2/17/24 |
| PIEducation | CEU | Laws & Administrative Rules Texas Investigators | 2 | 2/26/24 |
| IACIS | MDF | Mobile Device Forensics | 80 | 10/1/25 |
| Oxygen | Forensics | KeyScout Collection | 10 | 10/30/25 |
| Oxygen | Forensics | Analytic Investigations | 28 | 11/15/25 |
| Oxygen | Forensics | Viewer | 15 | 11/30/25 |
| PIEducation | CEU | Due Diligence for Investigators | 1 | 3/3/26 |
| PIEducation | CEU | Ethics for Investigators | 2 | 3/10/26 |
| PIEducation | CEU | Laws & Administrative Rules for Investigators | 2 | 3/10/26 |
| PIEducation | CEU | Motor Vehicle Death & Serious Bodily Injury Investigations | 1.5 | 3/13/26 |
| PIEducation | CEU | Scene Investigations in Death & Serious Bodily Injury | 1 | 3/13/26 |
| PIEducation | CEU | Mastering Online Public Records - Recorded Documents | 1 | 3/16/26 |
| PIEducation | CEU | Mastering Online Public Records - Business Registrations | 1 | 3/16/26 |
| PIEducation | CEU | Mastering Online Public Records - Court Documents | 1 | 3/16/26 |
| PIEducation | CEU | Searching Online Public Records | 1.5 | 3/16/26 |
| PIEducation | CEU | Understanding Deception Detection | 6 | 3/16/26 |
| IACIS | MDF | Mobile Device Forensics | | In Progress |



Case 1:25-cv-00050-DCLC-CHS Document 63-2 Filed 10/15/26 Page 20 of 21 PageID #: 592




Specialities

Practice Areas

Professional Experience

Teaching Experience

Courses Designed & Instructed

Computer & Technology Forensics Teaching Experience

Testifying Experience

Forensic Application Experience

Forensic Hardware Experience

Formal Education

Certifications

Professional Societies

Other Work Experience

Selected Computer & Technology Forensics Experience

Continuing Education & Training

Biography





**Evidence Solutions, Inc.** • **Jmartin@EvidenceSolutions.com**


## BIOGRAPHY

Jeff Martin is a Certified Forensic Computer Examiner (CFCE) and Senior Digital Forensics Examiner with more than 20 years of experience in information technology, cybersecurity, digital forensics, and electronic evidence analysis. He specializes in mobile device forensics, computer forensics, vehicle infotainment and telematics systems, event data recorder (EDR) and black box forensics, cybersecurity investigations, electronic medical record (EMR/EHR) forensics, audio, video, and image analysis, cloud based data investigations, and digital evidence authentication.

Jeff has conducted hundreds of forensic examinations involving the identification, preservation, collection, analysis, and presentation of electronically stored information in civil litigation, criminal investigations, internal corporate matters, and regulatory proceedings. His work routinely involves mobile devices, computers, cloud accounts, social media platforms, vehicle systems, communication records, location data, application artifacts, metadata, and other forms of digital evidence. He has been retained as an expert witness in both state and federal courts and has provided testimony in matters involving digital evidence, cybersecurity, data provenance, and forensic analysis.

Today, Jeff serves as a Senior Digital Forensics Examiner and Expert Witness with Evidence Solutions, where he performs forensic examinations, consults on complex litigation matters, and provides expert testimony nationwide. He is also an adjunct instructor at Northern Michigan University and Davenport University, where he teaches courses in digital forensics, cybercrime investigations, cybersecurity, and computer security. His combination of industry, law enforcement, academic, and litigation experience has established him as a trusted and highly respected authority in the field of digital forensics.