# Exhibit 2

# State of Tennessee

# Office of the 9th District

# Attorney General

# Report of Forensic Findings

## 2024-CDIV-0214

Agent Cortney E. Dugger MSDF|MBA|CFCE
1008 Bradford Way
Kingston TN, 37763



Case 1:25-cv-00050-DCLC-CHS Document 63-3 Filed 10/15/26 Page 2 of 51
PageID #: 595

## Synopsis of Investigation

On February 14, 2024, Deputy RJ Leonard conducted an arrest of Tabatha Smith at approximately 9:47 PM on the Highway 60 Bridge in Birchwood, Tennessee. During transport, Deputy Leonard transmitted what appears to be 'water' at 10:03 PM. After an exhaustive search, Leonard's 2010 Police Crown Victorian was located in the Chickamauga reservoir at the end of Blythe's Ferry Road. According to Leonard's spouse, he had purchased a GPS device out of pocket to use for navigation while on duty. The initial inventory of the vehicle concluded that there was no navigation system located in the vehicle. According to Leonard's spouse and MCSO Chief Deputy Malone, the vehicle that he was driving was not his usual patrol car as it was in the shop for repairs. Chief Malone confirmed that the GPS unit was not in the vehicle being repaired. On March 18, 2024 THP Sergeant John Mcfarland notified the author of this that he had seen a GPS unit while pulling the ECM and PCM from the vehicle. On March 19, 2024, I, Agent Dugger, picked up the Garmin 52 EX at the Chattanooga THP seizure lot, it was found lying in the driver seat of Leonard's cruiser. Trooper Cameron Azbill transferred the device to the 9th District Attorney General's Office. The section of this report will be labled **Part 1 Garmin**.

Leonard's iPhone belonging to Leonard was also recovered from his tactical vest. This phone was extracted by THP on 4/2/2024 and the data shared with the author of this report in order to filter the data covering the call and accident on 2/14/2024. The section of this report will be labled **Part 2 iPhone**.

## Part 1 Garmin GPS

### Tools

Garmin Express 7.21.0.0

Garmin BaseCamp version 4.7.5

Google Earth Pro 7.3.6.9796

Microsoft Excel

Creworks Digital Ultrasonic Cleaner

Hairdryer

Dehumidifier

EDAS Fox Forensic Machine



Case 1:25-cv-00050-DCLC-CHS Document 63-3 Filed 10/15/26 Page 3 of 51
PageID #: 596

**The Device**

The device, found lying on the front driverside floorboard, was water logged and caked in mud. On scene, the device was tilted left and right to let any water escape the case. Additionally, the heavy mud was removed and the item placed in a bag. The device was lying with the power cord.

**Garmin Drive 52 EX**
**SN: 75Q168633**
**Recovered: 3/19/2024**

The device was transported to the District Attorney General's Office located at 1008 Bradford Way, in Kingston. In order to eliminate any moisture from the device, it was disassembled drained and the circuit board dried with compressed air prior to attaching to a dehumidifier for several days. The original LCD display as well as the battery were assumed to be unrepairable and were not reconnected to the circuit board at anytime after disassembly. The photos of the recovered device are below:


GARMIN




GARMIN


GARMIN
Garmin Drive 52 EX
s/n 75Q168633
Taiwan







*Figure 1 Garmin disassembled*




*Figure 2 System board and chip*

A donor unit was purchased to transition the recovered Garmin board in order to use the battery and screen to run the device. Prior to installing the board in the donor unit, the board was sprayed with generic scrubbing bubbles, cleaned with a soft bristle brush and processed in an ultrasonic cleaner as follows:

1. 2500 MLs of distilled water
2. 250 MLs of parts cleaning solution Elma Tec Clean A1 Electronics and PCB Ultrasonic Cleaner Solution, 10.8 pH, 10 L
3. 50 Celsius for 2.5 minutes, flipped and repeated
4. Removed device from the ultrasonic cleaner and air blasted
5. Dipped the device in 91% alcohol and air blasted
6. Placed device on mat and air dried with air dryer on cool setting for 20 minutes
7. Device was then placed on top of server pull fan for approximately 72 hours



*Figure 3 Chip cleaning generic scrubber*




*Figure 4 Ultrasonic Cleaner*



*Figure 5 System Board in Ultrasonic Cleaner*






*Figure 6 System Board in 91% alcohol*




*Figure 7 Board air dried*

Once the device was thoroughly cleaned, the donor device was disassembled, and the circuit board was installed into the donor unit. The evidence board appeared to be  free of cracks or physical damage with the exception that the power button would not operate.




*Figure 8 Donor device*


GARMIN
Garmin Drive 52 MT
s/n 5KB051770
Taiwan
Flathead
Pentalobe
Gamebit
Phillips
Torx Security
Hex
Spanner
Tri-Point
Find step-by-step guides, parts,
tools, and community forums
PROJECT
DATE


Welcome!
This product is ready to use.
You can register your Garmin, update software and maps, and download a complete owners manual with a visit to Garmin.com/express
Bienvenue!
Ce produit est prêt pour utilisation.
Vous pourrez enregistrer votre appareil Garmin, mettre à jour des logiciels et des cartes et télécharger un manuel d'utilisation complet rien qu'en visitant le site Garmin.com/express
GARMIN


Welcome!
This product is ready to use.
You can register your Garmin, update software and maps, and download a complete owners manual with a visit to Garmin.com/express
Bienvenue!
Ce produit est prêt pour utilisation.
Vous pourrez enregistrer votre appareil Garmin, mettre à jour des logiciels et des cartes et télécharger un manuel d'utilisation complet rien qu'en visitant le site Garmin.com/express
GARMIN

9th District Attorney General's Office
Drug and Violent Crimes Task Force
1008 Bradford Way
Kingston TN 37763



9th District Attorney General's Office
Drug and Violent Crimes Task Force
1008 Bradford Way
Kingston TN 37763






After the unit was charged the Garmin Connection screen displayed on the repaired device.




**Extraction**

5/13/2024 With the device powered on and connected to my forensic machine, the data was extracted from the device using Garmin Express version 7.21.0.0. Utilizing the Garmin Express backup feature a backup copy of the device's data was transferred via USB connection with a file recovered labeled Garmin with 87,299,003 bytes of data.

To examine the recovered data, Garmin BaseCamp version 4.7.5 was used after ingesting the backup file created using Garmin Express. Upon examination the data recovered starts on 12/8/2023 at 10:47 AM and ends 2/14/2024 at 10:04 PM.

**Files Recovered**

| Name | Folder Path |
|---|---|
| DriveLog.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\ |
| DriveLog10.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog11.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |

| | |
|---|---|
| DriveLog12.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog13.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog14.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog15.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog16.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog17.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog18.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog19.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog20.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog21.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog3.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog4.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog5.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog6.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog7.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |

| | |
|---|---|
| DriveLog8.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| DriveLog9.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\GPX\Archive\ |
| app_tools_menu.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| custom_where_to.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| D4943250A.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| D6022130A.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| drive_hours_logger.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| keyboard_mode_menu.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| map_tools_menu.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| pre.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| quick_search_list.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| RecentStops.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| recent_searches.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| search_db.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| settings.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| settingsReadOnly.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| user_strings.db | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\.System\SQLite\ |
| Current.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\ |
| 10.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 11.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 12.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 13.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 14.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 15.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |

| | |
|---|---|
| 16.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 17.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 18.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 19.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 20.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 21.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 22.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 23.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 24.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 25.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 6.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 7.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 8.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |
| 9.gpx | Path\Garmin\Backups\75Q168633\2024-05-13 (17.28.51)\GPX\Archive\ |

**Examination**

For the purposes of this investigation, the highlights of this report will focus on the date of 2/14/2024 from approximately 9:08 PM when he arrived at the family home to 9:33 PM when Leonard responded to the dispatch and ending at 10:04 PM when Leonard radioed the word water over the police radio.

The following data set was exported from Garmin BaseCamp showing GPS points from arrival at home to departure, to scene route/arrival, departure from scene and entry of water. The highlighted portions were added to show speeds at 0.0 MPH in yellow or green to show movement from 0.00 MPH.

| Index | Elevation | Leg Distance | Leg Time | Leg Speed | Leg Course | Time | Position |
|---|---|---|---|---|---|---|---|
| 248 | 734 ft | 10 ft | 0:00:01 | 7 mph | 272.1° true | 14-Feb-2024 09:08:01 PM | N35° 23.973' W84° 54.650' |
| 249 | 735 ft | 5 ft | 0:00:01 | 3.6 mph | 273.9° true | 14-Feb-2024 09:08:02 PM | N35° 23.973' W84° 54.652' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 250 | 737 ft | 3 ft | 0:00:01 | 1.8 mph | 270.0° true | 14-Feb-2024 09:08:03 PM | N35° 23.973' W84° 54.653' |
| 251 | 738 ft | 126 ft | 0:00:11 | 8 mph | 346.4° true | 14-Feb-2024 09:08:04 PM | N35° 23.973' W84° 54.653' |
| 252 | 740 ft | 13 ft | 0:24:48 | 0.0 mph | 9.0° true | 14-Feb-2024 09:08:15 PM | N35° 23.993' W84° 54.659' |
| 253 | 743 ft | 1 ft | 0:00:28 | 0.0 mph | 90.0° true | 14-Feb-2024 09:33:03 PM | N35° 23.996' W84° 54.659' |
| 254 | 743 ft | 85 ft | 0:00:13 | 4.4 mph | 164.5° true | 14-Feb-2024 09:33:31 PM | N35° 23.996' W84° 54.659' |
| 255 | 753 ft | 13 ft | 0:00:02 | 4.3 mph | 170.4° true | 14-Feb-2024 09:33:44 PM | N35° 23.982' W84° 54.654' |
| 256 | 751 ft | 20 ft | 0:00:04 | 3.3 mph | 206.2° true | 14-Feb-2024 09:33:46 PM | N35° 23.980' W84° 54.654' |
| 257 | 750 ft | 28 ft | 0:00:02 | 10 mph | 150.2° true | 14-Feb-2024 09:33:50 PM | N35° 23.977' W84° 54.656' |
| 258 | 751 ft | 21 ft | 0:00:01 | 15 mph | 92.0° true | 14-Feb-2024 09:33:52 PM | N35° 23.973' W84° 54.653' |
| 259 | 751 ft | 234 ft | 0:00:05 | 32 mph | 91.9° true | 14-Feb-2024 09:33:53 PM | N35° 23.973' W84° 54.648' |
| 260 | 754 ft | 55 ft | 0:00:01 | 37 mph | 91.9° true | 14-Feb-2024 09:33:58 PM | N35° 23.972' W84° 54.601' |
| 261 | 753 ft | 142 ft | 0:00:04 | 24 mph | 90.0° true | 14-Feb-2024 09:33:59 PM | N35° 23.972' W84° 54.590' |
| 262 | 761 ft | 9 ft | 0:00:01 | 6 mph | 72.0° true | 14-Feb-2024 09:34:03 PM | N35° 23.972' W84° 54.562' |
| 263 | 761 ft | 48 ft | 0:00:01 | 33 mph | 110.9° true | 14-Feb-2024 09:34:04 PM | N35° 23.972' W84° 54.560' |
| 264 | 761 ft | 21 ft | 0:00:01 | 14 mph | 147.6° true | 14-Feb-2024 09:34:05 PM | N35° 23.969' W84° 54.551' |
| 265 | 762 ft | 31 ft | 0:00:01 | 21 mph | 148.1° true | 14-Feb-2024 09:34:06 PM | N35° 23.966' W84° 54.548' |
| 266 | 762 ft | 41 ft | 0:00:01 | 28 mph | 147.9° true | 14-Feb-2024 09:34:07 PM | N35° 23.962' W84° 54.545' |
| 267 | 762 ft | 369 ft | 0:00:06 | 42 mph | 144.5° true | 14-Feb-2024 09:34:08 PM | N35° 23.956' W84° 54.541' |
| 268 | 762 ft | 70 ft | 0:00:01 | 48 mph | 130.2° true | 14-Feb-2024 09:34:14 PM | N35° 23.907' W84° 54.498' |
| 269 | 761 ft | 81 ft | 0:00:01 | 55 mph | 121.1° true | 14-Feb-2024 09:34:15 PM | N35° 23.899' W84° 54.487' |
| 270 | 761 ft | 0.1 mi | 0:00:07 | 65 mph | 120.3° true | 14-Feb-2024 09:34:16 PM | N35° 23.893' W84° 54.473' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 271 | 746 ft | 0.2 mi | 0:00:09 | 78 mph | 116.5° true | 14-Feb-2024 09:34:23 PM | N35° 23.837' W84° 54.357' |
| 272 | 720 ft | 461 ft | 0:00:05 | 63 mph | 111.5° true | 14-Feb-2024 09:34:32 PM | N35° 23.762' W84° 54.171' |
| 273 | 712 ft | 152 ft | 0:00:02 | 52 mph | 93.6° true | 14-Feb-2024 09:34:37 PM | N35° 23.734' W84° 54.084' |
| 274 | 708 ft | 164 ft | 0:00:03 | 37 mph | 93.4° true | 14-Feb-2024 09:34:39 PM | N35° 23.732' W84° 54.054' |
| 275 | 705 ft | 33 ft | 0:00:01 | 22 mph | 93.9° true | 14-Feb-2024 09:34:42 PM | N35° 23.731' W84° 54.021' |
| 276 | 705 ft | 22 ft | 0:00:01 | 15 mph | 92.9° true | 14-Feb-2024 09:34:43 PM | N35° 23.730' W84° 54.014' |
| 277 | 704 ft | 27 ft | 0:00:01 | 18 mph | 183.8° true | 14-Feb-2024 09:34:44 PM | N35° 23.730' W84° 54.010' |
| 278 | 704 ft | 23 ft | 0:00:01 | 16 mph | 199.5° true | 14-Feb-2024 09:34:45 PM | N35° 23.726' W84° 54.010' |
| 279 | 702 ft | 35 ft | 0:00:01 | 24 mph | 199.4° true | 14-Feb-2024 09:34:46 PM | N35° 23.722' W84° 54.012' |
| 280 | 702 ft | 43 ft | 0:00:01 | 29 mph | 199.8° true | 14-Feb-2024 09:34:47 PM | N35° 23.717' W84° 54.014' |
| 281 | 701 ft | 388 ft | 0:00:06 | 44 mph | 199.6° true | 14-Feb-2024 09:34:48 PM | N35° 23.710' W84° 54.017' |
| 282 | 701 ft | 0.1 mi | 0:00:07 | 67 mph | 199.8° true | 14-Feb-2024 09:34:54 PM | N35° 23.650' W84° 54.043' |
| 283 | 710 ft | 0.2 mi | 0:00:08 | 83 mph | 201.1° true | 14-Feb-2024 09:35:01 PM | N35° 23.544' W84° 54.090' |
| 284 | 708 ft | 0.2 mi | 0:00:07 | 79 mph | 201.1° true | 14-Feb-2024 09:35:09 PM | N35° 23.394' W84° 54.161' |
| 285 | 721 ft | 0.2 mi | 0:00:07 | 81 mph | 201.3° true | 14-Feb-2024 09:35:16 PM | N35° 23.269' W84° 54.220' |
| 286 | 716 ft | 0.3 mi | 0:00:10 | 94 mph | 200.9° true | 14-Feb-2024 09:35:23 PM | N35° 23.141' W84° 54.281' |
| 287 | 696 ft | 0.2 mi | 0:00:08 | 95 mph | 195.7° true | 14-Feb-2024 09:35:33 PM | N35° 22.930' W84° 54.380' |
| 288 | 716 ft | 0.3 mi | 0:00:10 | 96 mph | 188.8° true | 14-Feb-2024 09:35:41 PM | N35° 22.753' W84° 54.441' |
| 289 | 697 ft | 0.3 mi | 0:00:10 | 100 mph | 183.6° true | 14-Feb-2024 09:35:51 PM | N35° 22.525' W84° 54.484' |
| 290 | 712 ft | 0.2 mi | 0:00:06 | 102 mph | 198.4° true | 14-Feb-2024 09:36:01 PM | N35° 22.284' W84° 54.503' |
| 291 | 729 ft | 0.5 mi | 0:00:18 | 101 mph | 200.1° true | 14-Feb-2024 09:36:07 PM | N35° 22.145' W84° 54.560' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 292 | 704 ft | 0.3 mi | 0:00:11 | 92 mph | 198.4° true | 14-Feb-2024 09:36:25 PM | N35° 21.734' W84° 54.744' |
| 293 | 712 ft | 0.1 mi | 0:00:05 | 87 mph | 201.3° true | 14-Feb-2024 09:36:36 PM | N35° 21.503' W84° 54.838' |
| 294 | 712 ft | 0.2 mi | 0:00:09 | 94 mph | 206.6° true | 14-Feb-2024 09:36:41 PM | N35° 21.406' W84° 54.885' |
| 295 | 702 ft | 0.3 mi | 0:00:12 | 94 mph | 209.2° true | 14-Feb-2024 09:36:50 PM | N35° 21.224' W84° 54.996' |
| 296 | 710 ft | 0.3 mi | 0:00:14 | 89 mph | 209.5° true | 14-Feb-2024 09:37:02 PM | N35° 20.987' W84° 55.159' |
| 297 | 750 ft | 0.3 mi | 0:00:13 | 89 mph | 209.2° true | 14-Feb-2024 09:37:16 PM | N35° 20.726' W84° 55.340' |
| 298 | 718 ft | 0.4 mi | 0:00:14 | 91 mph | 211.3° true | 14-Feb-2024 09:37:29 PM | N35° 20.481' W84° 55.508' |
| 299 | 748 ft | 0.3 mi | 0:00:14 | 90 mph | 214.7° true | 14-Feb-2024 09:37:43 PM | N35° 20.219' W84° 55.703' |
| 300 | 770 ft | 0.3 mi | 0:00:14 | 89 mph | 215.1° true | 14-Feb-2024 09:37:57 PM | N35° 19.970' W84° 55.914' |
| 301 | 734 ft | 0.3 mi | 0:00:11 | 83 mph | 215.0° true | 14-Feb-2024 09:38:11 PM | N35° 19.725' W84° 56.126' |
| 302 | 750 ft | 0.2 mi | 0:00:08 | 74 mph | 215.2° true | 14-Feb-2024 09:38:22 PM | N35° 19.543' W84° 56.281' |
| 303 | 781 ft | 0.1 mi | 0:00:09 | 53 mph | 215.0° true | 14-Feb-2024 09:38:30 PM | N35° 19.427' W84° 56.382' |
| 304 | 762 ft | 314 ft | 0:00:06 | 36 mph | 215.0° true | 14-Feb-2024 09:38:39 PM | N35° 19.333' W84° 56.462' |
| 305 | 773 ft | 26 ft | 0:00:01 | 18 mph | 215.2° true | 14-Feb-2024 09:38:45 PM | N35° 19.291' W84° 56.499' |
| 306 | 775 ft | 41 ft | 0:00:01 | 28 mph | 291.9° true | 14-Feb-2024 09:38:46 PM | N35° 19.288' W84° 56.502' |
| 307 | 775 ft | 32 ft | 0:00:01 | 22 mph | 309.4° true | 14-Feb-2024 09:38:47 PM | N35° 19.290' W84° 56.509' |
| 308 | 775 ft | 41 ft | 0:00:01 | 28 mph | 307.0° true | 14-Feb-2024 09:38:48 PM | N35° 19.293' W84° 56.514' |
| 309 | 773 ft | 297 ft | 0:00:05 | 41 mph | 303.3° true | 14-Feb-2024 09:38:49 PM | N35° 19.297' W84° 56.521' |
| 310 | 759 ft | 0.1 mi | 0:00:06 | 62 mph | 303.3° true | 14-Feb-2024 09:38:54 PM | N35° 19.324' W84° 56.571' |
| 311 | 740 ft | 0.1 mi | 0:00:06 | 67 mph | 313.0° true | 14-Feb-2024 09:39:00 PM | N35° 19.374' W84° 56.663' |
| 312 | 732 ft | 0.1 mi | 0:00:07 | 66 mph | 329.9° true | 14-Feb-2024 09:39:06 PM | N35° 19.440' W84° 56.750' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 313 | 729 ft | 0.2 mi | 0:00:10 | 66 mph | 338.5° true | 14-Feb-2024 09:39:13 PM | N35° 19.536' W84° 56.819' |
| 314 | 724 ft | 0.1 mi | 0:00:06 | 67 mph | 319.6° true | 14-Feb-2024 09:39:23 PM | N35° 19.684' W84° 56.890' |
| 315 | 710 ft | 0.1 mi | 0:00:08 | 67 mph | 305.7° true | 14-Feb-2024 09:39:29 PM | N35° 19.757' W84° 56.966' |
| 316 | 707 ft | 0.2 mi | 0:00:10 | 58 mph | 303.7° true | 14-Feb-2024 09:39:37 PM | N35° 19.833' W84° 57.096' |
| 317 | 727 ft | 255 ft | 0:00:05 | 35 mph | 303.7° true | 14-Feb-2024 09:39:47 PM | N35° 19.911' W84° 57.239' |
| 318 | 732 ft | 16 ft | 0:00:01 | 11 mph | 304.3° true | 14-Feb-2024 09:39:52 PM | N35° 19.935' W84° 57.282' |
| 319 | 732 ft | 26 ft | 0:00:01 | 17 mph | 215.6° true | 14-Feb-2024 09:39:53 PM | N35° 19.936' W84° 57.285' |
| 320 | 732 ft | 31 ft | 0:00:01 | 21 mph | 215.8° true | 14-Feb-2024 09:39:54 PM | N35° 19.933' W84° 57.288' |
| 321 | 732 ft | 42 ft | 0:00:01 | 28 mph | 215.4° true | 14-Feb-2024 09:39:55 PM | N35° 19.929' W84° 57.291' |
| 322 | 732 ft | 46 ft | 0:00:01 | 32 mph | 215.8° true | 14-Feb-2024 09:39:56 PM | N35° 19.923' W84° 57.296' |
| 323 | 732 ft | 430 ft | 0:00:07 | 42 mph | 215.6° true | 14-Feb-2024 09:39:57 PM | N35° 19.917' W84° 57.302' |
| 324 | 753 ft | 57 ft | 0:00:01 | 39 mph | 215.5° true | 14-Feb-2024 09:40:04 PM | N35° 19.859' W84° 57.352' |
| 325 | 756 ft | 54 ft | 0:00:01 | 37 mph | 243.8° true | 14-Feb-2024 09:40:05 PM | N35° 19.852' W84° 57.359' |
| 326 | 757 ft | 45 ft | 0:00:01 | 31 mph | 258.8° true | 14-Feb-2024 09:40:06 PM | N35° 19.848' W84° 57.369' |
| 327 | 759 ft | 46 ft | 0:00:01 | 32 mph | 277.7° true | 14-Feb-2024 09:40:07 PM | N35° 19.846' W84° 57.377' |
| 328 | 764 ft | 51 ft | 0:00:01 | 35 mph | 295.0° true | 14-Feb-2024 09:40:08 PM | N35° 19.847' W84° 57.387' |
| 329 | 767 ft | 54 ft | 0:00:01 | 37 mph | 294.7° true | 14-Feb-2024 09:40:09 PM | N35° 19.851' W84° 57.396' |
| 330 | 773 ft | 0.1 mi | 0:00:09 | 43 mph | 289.8° true | 14-Feb-2024 09:40:10 PM | N35° 19.855' W84° 57.406' |
| 331 | 831 ft | 444 ft | 0:00:06 | 51 mph | 278.6° true | 14-Feb-2024 09:40:19 PM | N35° 19.886' W84° 57.513' |
| 332 | 866 ft | 73 ft | 0:00:01 | 50 mph | 263.4° true | 14-Feb-2024 09:40:25 PM | N35° 19.897' W84° 57.602' |
| 333 | 871 ft | 0.1 mi | 0:00:10 | 54 mph | 261.8° true | 14-Feb-2024 09:40:26 PM | N35° 19.896' W84° 57.616' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 334 | 925 ft | 134 ft | 0:00:02 | 46 mph | 259.6° true | 14-Feb-2024 09:40:36 PM | N35° 19.877' W84° 57.773' |
| 335 | 928 ft | 63 ft | 0:00:01 | 43 mph | 275.0° true | 14-Feb-2024 09:40:38 PM | N35° 19.873' W84° 57.800' |
| 336 | 928 ft | 66 ft | 0:00:01 | 45 mph | 278.9° true | 14-Feb-2024 09:40:39 PM | N35° 19.874' W84° 57.812' |
| 337 | 925 ft | 63 ft | 0:00:01 | 43 mph | 279.0° true | 14-Feb-2024 09:40:40 PM | N35° 19.876' W84° 57.825' |
| 338 | 923 ft | 58 ft | 0:00:01 | 40 mph | 296.6° true | 14-Feb-2024 09:40:41 PM | N35° 19.878' W84° 57.838' |
| 339 | 920 ft | 58 ft | 0:00:01 | 39 mph | 306.2° true | 14-Feb-2024 09:40:42 PM | N35° 19.882' W84° 57.848' |
| 340 | 918 ft | 52 ft | 0:00:01 | 35 mph | 306.3° true | 14-Feb-2024 09:40:43 PM | N35° 19.887' W84° 57.858' |
| 341 | 914 ft | 54 ft | 0:00:01 | 37 mph | 289.8° true | 14-Feb-2024 09:40:44 PM | N35° 19.892' W84° 57.866' |
| 342 | 909 ft | 54 ft | 0:00:01 | 37 mph | 263.0° true | 14-Feb-2024 09:40:45 PM | N35° 19.895' W84° 57.876' |
| 343 | 904 ft | 49 ft | 0:00:01 | 33 mph | 253.4° true | 14-Feb-2024 09:40:46 PM | N35° 19.894' W84° 57.887' |
| 344 | 901 ft | 63 ft | 0:00:01 | 43 mph | 253.6° true | 14-Feb-2024 09:40:47 PM | N35° 19.892' W84° 57.896' |
| 345 | 898 ft | 71 ft | 0:00:01 | 48 mph | 250.3° true | 14-Feb-2024 09:40:48 PM | N35° 19.889' W84° 57.909' |
| 346 | 896 ft | 76 ft | 0:00:01 | 52 mph | 249.4° true | 14-Feb-2024 09:40:49 PM | N35° 19.885' W84° 57.922' |
| 347 | 893 ft | 82 ft | 0:00:01 | 56 mph | 249.3° true | 14-Feb-2024 09:40:50 PM | N35° 19.881' W84° 57.936' |
| 348 | 891 ft | 367 ft | 0:00:05 | 50 mph | 250.6° true | 14-Feb-2024 09:40:51 PM | N35° 19.876' W84° 57.952' |
| 349 | 876 ft | 58 ft | 0:00:01 | 39 mph | 259.5° true | 14-Feb-2024 09:40:56 PM | N35° 19.856' W84° 58.021' |
| 350 | 873 ft | 55 ft | 0:00:01 | 38 mph | 278.4° true | 14-Feb-2024 09:40:57 PM | N35° 19.854' W84° 58.033' |
| 351 | 869 ft | 57 ft | 0:00:01 | 39 mph | 293.7° true | 14-Feb-2024 09:40:58 PM | N35° 19.856' W84° 58.044' |
| 352 | 863 ft | 64 ft | 0:00:01 | 43 mph | 293.6° true | 14-Feb-2024 09:40:59 PM | N35° 19.860' W84° 58.054' |
| 353 | 858 ft | 68 ft | 0:00:01 | 46 mph | 293.9° true | 14-Feb-2024 09:41:00 PM | N35° 19.864' W84° 58.066' |
| 354 | 854 ft | 442 ft | 0:00:06 | 50 mph | 293.6° true | 14-Feb-2024 09:41:01 PM | N35° 19.868' W84° 58.078' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 355 | 846 ft | 68 ft | 0:00:01 | 46 mph | 293.6° true | 14-Feb-2024 09:41:07 PM | N35° 19.897' W84° 58.160' |
| 356 | 844 ft | 130 ft | 0:00:02 | 44 mph | 293.7° true | 14-Feb-2024 09:41:08 PM | N35° 19.902' W84° 58.173' |
| 357 | 841 ft | 64 ft | 0:00:01 | 44 mph | 278.2° true | 14-Feb-2024 09:41:10 PM | N35° 19.910' W84° 58.196' |
| 358 | 838 ft | 63 ft | 0:00:01 | 43 mph | 272.0° true | 14-Feb-2024 09:41:11 PM | N35° 19.912' W84° 58.209' |
| 359 | 835 ft | 376 ft | 0:00:07 | 37 mph | 271.4° true | 14-Feb-2024 09:41:12 PM | N35° 19.912' W84° 58.222' |
| 360 | 833 ft | 21 ft | 0:00:01 | 14 mph | 256.8° true | 14-Feb-2024 09:41:19 PM | N35° 19.914' W84° 58.298' |
| 361 | 835 ft | 12 ft | 0:00:01 | 8 mph | 0.0° true | 14-Feb-2024 09:41:20 PM | N35° 19.913' W84° 58.302' |
| 362 | 833 ft | 18 ft | 0:00:01 | 12 mph | 2.9° true | 14-Feb-2024 09:41:21 PM | N35° 19.915' W84° 58.302' |
| 363 | 831 ft | 27 ft | 0:00:01 | 19 mph | 3.1° true | 14-Feb-2024 09:41:22 PM | N35° 19.918' W84° 58.301' |
| 364 | 830 ft | 35 ft | 0:00:01 | 24 mph | 2.4° true | 14-Feb-2024 09:41:23 PM | N35° 19.922' W84° 58.301' |
| 365 | 827 ft | 287 ft | 0:00:05 | 39 mph | 2.9° true | 14-Feb-2024 09:41:24 PM | N35° 19.928' W84° 58.301' |
| 366 | 819 ft | 524 ft | 0:00:06 | 60 mph | 2.8° true | 14-Feb-2024 09:41:29 PM | N35° 19.975' W84° 58.298' |
| 367 | 811 ft | 0.1 mi | 0:00:06 | 70 mph | 353.1° true | 14-Feb-2024 09:41:35 PM | N35° 20.061' W84° 58.293' |
| 368 | 811 ft | 210 ft | 0:00:02 | 71 mph | 0.9° true | 14-Feb-2024 09:41:41 PM | N35° 20.162' W84° 58.308' |
| 369 | 813 ft | 103 ft | 0:00:01 | 70 mph | 11.6° true | 14-Feb-2024 09:41:43 PM | N35° 20.197' W84° 58.307' |
| 370 | 813 ft | 105 ft | 0:00:01 | 72 mph | 12.6° true | 14-Feb-2024 09:41:44 PM | N35° 20.213' W84° 58.303' |
| 371 | 811 ft | 107 ft | 0:00:01 | 73 mph | 21.8° true | 14-Feb-2024 09:41:45 PM | N35° 20.230' W84° 58.298' |
| 372 | 811 ft | 107 ft | 0:00:01 | 73 mph | 21.8° true | 14-Feb-2024 09:41:46 PM | N35° 20.246' W84° 58.290' |
| 373 | 813 ft | 104 ft | 0:00:01 | 71 mph | 21.9° true | 14-Feb-2024 09:41:47 PM | N35° 20.263' W84° 58.282' |
| 374 | 813 ft | 98 ft | 0:00:01 | 67 mph | 21.9° true | 14-Feb-2024 09:41:48 PM | N35° 20.279' W84° 58.274' |
| 375 | 816 ft | 87 ft | 0:00:01 | 60 mph | 15.2° true | 14-Feb-2024 09:41:49 PM | N35° 20.294' W84° 58.267' |



Case 1:25-cv-00050-DCLC-CHS Document 63-3 Filed 10/15/26 Page 32 of 51 PageID #: 625

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 376 | 817 ft | 87 ft | 0:00:01 | 59 mph | 5.5° true | 14-Feb-2024 09:41:50 PM | N35° 20.307' W84° 58.262' |
| 377 | 820 ft | 79 ft | 0:00:01 | 54 mph | 358.5° true | 14-Feb-2024 09:41:51 PM | N35° 20.322' W84° 58.261' |
| 378 | 824 ft | 78 ft | 0:00:01 | 53 mph | 355.9° true | 14-Feb-2024 09:41:52 PM | N35° 20.335' W84° 58.261' |
| 379 | 827 ft | 78 ft | 0:00:01 | 53 mph | 349.2° true | 14-Feb-2024 09:41:53 PM | N35° 20.347' W84° 58.262' |
| 380 | 825 ft | 77 ft | 0:00:01 | 53 mph | 349.1° true | 14-Feb-2024 09:41:54 PM | N35° 20.360' W84° 58.265' |
| 381 | 824 ft | 81 ft | 0:00:01 | 55 mph | 339.6° true | 14-Feb-2024 09:41:55 PM | N35° 20.372' W84° 58.268' |
| 382 | 820 ft | 87 ft | 0:00:01 | 59 mph | 332.8° true | 14-Feb-2024 09:41:56 PM | N35° 20.385' W84° 58.274' |
| 383 | 813 ft | 0.1 mi | 0:00:06 | 70 mph | 331.5° true | 14-Feb-2024 09:41:57 PM | N35° 20.398' W84° 58.282' |
| 384 | 784 ft | 0.1 mi | 0:00:05 | 81 mph | 321.4° true | 14-Feb-2024 09:42:03 PM | N35° 20.487' W84° 58.341' |
| 385 | 773 ft | 499 ft | 0:00:04 | 85 mph | 323.3° true | 14-Feb-2024 09:42:08 PM | N35° 20.564' W84° 58.416' |
| 386 | 768 ft | 124 ft | 0:00:01 | 84 mph | 334.6° true | 14-Feb-2024 09:42:12 PM | N35° 20.629' W84° 58.476' |
| 387 | 767 ft | 124 ft | 0:00:01 | 84 mph | 341.6° true | 14-Feb-2024 09:42:13 PM | N35° 20.648' W84° 58.487' |
| 388 | 765 ft | 121 ft | 0:00:01 | 83 mph | 344.0° true | 14-Feb-2024 09:42:14 PM | N35° 20.667' W84° 58.495' |
| 389 | 762 ft | 120 ft | 0:00:01 | 82 mph | 344.4° true | 14-Feb-2024 09:42:15 PM | N35° 20.686' W84° 58.502' |
| 390 | 761 ft | 0.1 mi | 0:00:05 | 76 mph | 342.9° true | 14-Feb-2024 09:42:16 PM | N35° 20.705' W84° 58.508' |
| 391 | 751 ft | 108 ft | 0:00:01 | 74 mph | 331.4° true | 14-Feb-2024 09:42:21 PM | N35° 20.793' W84° 58.541' |
| 392 | 750 ft | 106 ft | 0:00:01 | 72 mph | 327.3° true | 14-Feb-2024 09:42:22 PM | N35° 20.809' W84° 58.552' |
| 393 | 748 ft | 107 ft | 0:00:01 | 73 mph | 320.3° true | 14-Feb-2024 09:42:23 PM | N35° 20.823' W84° 58.563' |
| 394 | 746 ft | 109 ft | 0:00:01 | 74 mph | 312.5° true | 14-Feb-2024 09:42:24 PM | N35° 20.837' W84° 58.577' |
| 395 | 746 ft | 109 ft | 0:00:01 | 74 mph | 308.6° true | 14-Feb-2024 09:42:25 PM | N35° 20.849' W84° 58.593' |
| 396 | 745 ft | 110 ft | 0:00:01 | 75 mph | 303.5° true | 14-Feb-2024 09:42:26 PM | N35° 20.860' W84° 58.610' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 397 | 746 ft | 114 ft | 0:00:01 | 78 mph | 297.7° true | 14-Feb-2024 09:42:27 PM | N35° 20.870' W84° 58.629' |
| 398 | 748 ft | 112 ft | 0:00:01 | 77 mph | 295.8° true | 14-Feb-2024 09:42:28 PM | N35° 20.879' W84° 58.649' |
| 399 | 750 ft | 112 ft | 0:00:01 | 77 mph | 288.6° true | 14-Feb-2024 09:42:29 PM | N35° 20.887' W84° 58.670' |
| 400 | 751 ft | 113 ft | 0:00:01 | 77 mph | 283.3° true | 14-Feb-2024 09:42:30 PM | N35° 20.893' W84° 58.691' |
| 401 | 753 ft | 113 ft | 0:00:01 | 77 mph | 283.2° true | 14-Feb-2024 09:42:31 PM | N35° 20.897' W84° 58.713' |
| 402 | 757 ft | 0.3 mi | 0:00:12 | 79 mph | 283.6° true | 14-Feb-2024 09:42:32 PM | N35° 20.901' W84° 58.735' |
| 403 | 795 ft | 0.2 mi | 0:00:08 | 74 mph | 285.1° true | 14-Feb-2024 09:42:44 PM | N35° 20.955' W84° 59.008' |
| 404 | 811 ft | 0.1 mi | 0:00:07 | 75 mph | 298.8° true | 14-Feb-2024 09:42:52 PM | N35° 20.992' W84° 59.177' |
| 405 | 835 ft | 0.2 mi | 0:00:08 | 75 mph | 309.0° true | 14-Feb-2024 09:42:59 PM | N35° 21.053' W84° 59.313' |
| 406 | 802 ft | 108 ft | 0:00:01 | 74 mph | 322.8° true | 14-Feb-2024 09:43:07 PM | N35° 21.145' W84° 59.451' |
| 407 | 798 ft | 0.1 mi | 0:00:05 | 72 mph | 332.3° true | 14-Feb-2024 09:43:08 PM | N35° 21.159' W84° 59.464' |
| 408 | 784 ft | 0.1 mi | 0:00:06 | 73 mph | 350.9° true | 14-Feb-2024 09:43:13 PM | N35° 21.236' W84° 59.514' |
| 409 | 786 ft | 0.1 mi | 0:00:06 | 61 mph | 354.4° true | 14-Feb-2024 09:43:19 PM | N35° 21.340' W84° 59.534' |
| 410 | 781 ft | 0.1 mi | 0:00:09 | 49 mph | 349.4° true | 14-Feb-2024 09:43:25 PM | N35° 21.428' W84° 59.545' |
| 411 | 768 ft | 330 ft | 0:00:04 | 56 mph | 352.9° true | 14-Feb-2024 09:43:34 PM | N35° 21.532' W84° 59.569' |
| 412 | 764 ft | 93 ft | 0:00:01 | 63 mph | 358.7° true | 14-Feb-2024 09:43:38 PM | N35° 21.585' W84° 59.577' |
| 413 | 764 ft | 95 ft | 0:00:01 | 65 mph | 0.9° true | 14-Feb-2024 09:43:39 PM | N35° 21.601' W84° 59.577' |
| 414 | 762 ft | 98 ft | 0:00:01 | 67 mph | 11.6° true | 14-Feb-2024 09:43:40 PM | N35° 21.616' W84° 59.577' |
| 415 | 762 ft | 99 ft | 0:00:01 | 68 mph | 12.8° true | 14-Feb-2024 09:43:41 PM | N35° 21.632' W84° 59.573' |
| 416 | 761 ft | 98 ft | 0:00:01 | 67 mph | 18.2° true | 14-Feb-2024 09:43:42 PM | N35° 21.648' W84° 59.569' |
| 417 | 761 ft | 0.1 mi | 0:00:06 | 67 mph | 25.8° true | 14-Feb-2024 09:43:43 PM | N35° 21.663' W84° 59.562' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 418 | 768 ft | 0.2 mi | 0:00:09 | 66 mph | 25.1° true | 14-Feb-2024 09:43:49 PM | N35° 21.750' W84° 59.511' |
| 419 | 783 ft | 98 ft | 0:00:01 | 67 mph | 9.8° true | 14-Feb-2024 09:43:58 PM | N35° 21.879' W84° 59.437' |
| 420 | 784 ft | 394 ft | 0:00:04 | 67 mph | 6.9° true | 14-Feb-2024 09:43:59 PM | N35° 21.895' W84° 59.434' |
| 421 | 794 ft | 92 ft | 0:00:01 | 62 mph | 351.6° true | 14-Feb-2024 09:44:03 PM | N35° 21.959' W84° 59.424' |
| 422 | 794 ft | 90 ft | 0:00:01 | 62 mph | 351.9° true | 14-Feb-2024 09:44:04 PM | N35° 21.974' W84° 59.427' |
| 423 | 792 ft | 85 ft | 0:00:01 | 58 mph | 340.2° true | 14-Feb-2024 09:44:05 PM | N35° 21.988' W84° 59.429' |
| 424 | 791 ft | 85 ft | 0:00:01 | 58 mph | 333.5° true | 14-Feb-2024 09:44:06 PM | N35° 22.002' W84° 59.435' |
| 425 | 787 ft | 91 ft | 0:00:01 | 62 mph | 326.5° true | 14-Feb-2024 09:44:07 PM | N35° 22.014' W84° 59.443' |
| 426 | 784 ft | 89 ft | 0:00:01 | 61 mph | 316.6° true | 14-Feb-2024 09:44:08 PM | N35° 22.027' W84° 59.453' |
| 427 | 781 ft | 97 ft | 0:00:01 | 66 mph | 313.6° true | 14-Feb-2024 09:44:09 PM | N35° 22.037' W84° 59.465' |
| 428 | 778 ft | 100 ft | 0:00:01 | 68 mph | 313.5° true | 14-Feb-2024 09:44:10 PM | N35° 22.048' W84° 59.479' |
| 429 | 775 ft | 0.1 mi | 0:00:06 | 72 mph | 319.2° true | 14-Feb-2024 09:44:11 PM | N35° 22.059' W84° 59.494' |
| 430 | 776 ft | 0.1 mi | 0:00:07 | 76 mph | 325.9° true | 14-Feb-2024 09:44:17 PM | N35° 22.139' W84° 59.578' |
| 431 | 768 ft | 0.2 mi | 0:00:09 | 83 mph | 327.4° true | 14-Feb-2024 09:44:24 PM | N35° 22.245' W84° 59.667' |
| 432 | 732 ft | 116 ft | 0:00:01 | 79 mph | 331.9° true | 14-Feb-2024 09:44:33 PM | N35° 22.398' W84° 59.786' |
| 433 | 731 ft | 0.2 mi | 0:00:08 | 79 mph | 338.2° true | 14-Feb-2024 09:44:34 PM | N35° 22.414' W84° 59.797' |
| 434 | 738 ft | 0.2 mi | 0:00:08 | 81 mph | 334.2° true | 14-Feb-2024 09:44:42 PM | N35° 22.555' W84° 59.866' |
| 435 | 724 ft | 0.2 mi | 0:00:10 | 82 mph | 332.7° true | 14-Feb-2024 09:44:50 PM | N35° 22.696' W84° 59.949' |
| 436 | 738 ft | 0.4 mi | 0:00:18 | 82 mph | 333.5° true | 14-Feb-2024 09:45:00 PM | N35° 22.872' W85° 00.061' |
| 437 | 792 ft | 0.4 mi | 0:00:19 | 80 mph | 332.4° true | 14-Feb-2024 09:45:18 PM | N35° 23.191' W85° 00.256' |
| 438 | 789 ft | 0.3 mi | 0:00:16 | 76 mph | 332.6° true | 14-Feb-2024 09:45:37 PM | N35° 23.518' W85° 00.465' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 439 | 795 ft | 0.2 mi | 0:00:09 | 73 mph | 332.6° true | 14-Feb-2024 09:45:53 PM | N35° 23.778' W85° 00.631' |
| 440 | 768 ft | 0.2 mi | 0:00:10 | 74 mph | 332.7° true | 14-Feb-2024 09:46:02 PM | N35° 23.919' W85° 00.721' |
| 441 | 731 ft | 0.3 mi | 0:00:15 | 70 mph | 332.7° true | 14-Feb-2024 09:46:12 PM | N35° 24.077' W85° 00.821' |
| 442 | 748 ft | 0.1 mi | 0:00:08 | 55 mph | 332.5° true | 14-Feb-2024 09:46:27 PM | N35° 24.303' W85° 00.964' |
| 443 | 761 ft | 0.1 mi | 0:00:11 | 40 mph | 332.4° true | 14-Feb-2024 09:46:35 PM | N35° 24.396' W85° 01.024' |
| 444 | 765 ft | 147 ft | 0:00:06 | 17 mph | 333.0° true | 14-Feb-2024 09:46:46 PM | N35° 24.489' W85° 01.084' |
| 445 | 764 ft | 66 ft | 0:00:11 | 4.1 mph | 332.7° true | 14-Feb-2024 09:46:52 PM | N35° 24.511' W85° 01.097' |
| 446 | 764 ft | 31 ft | 0:00:10 | 2.1 mph | 332.8° true | 14-Feb-2024 09:47:03 PM | N35° 24.521' W85° 01.103' |
| 447 | 764 ft | 21 ft | 0:00:06 | 2.4 mph | 234.6° true | 14-Feb-2024 09:47:13 PM | N35° 24.525' W85° 01.106' |
| 448 | 764 ft | 31 ft | 0:00:10 | 2.1 mph | 165.5° true | 14-Feb-2024 09:47:19 PM | N35° 24.523' W85° 01.109' |
| 449 | 764 ft | 21 ft | 0:10:47 | 0.0 mph | 153.4° true | 14-Feb-2024 09:47:29 PM | N35° 24.518' W85° 01.108' |
| 450 | 757 ft | 36 ft | 0:00:02 | 12 mph | 102.4° true | 14-Feb-2024 09:58:16 PM | N35° 24.515' W85° 01.106' |
| 451 | 757 ft | 17 ft | 0:00:01 | 12 mph | 152.4° true | 14-Feb-2024 09:58:18 PM | N35° 24.514' W85° 01.099' |
| 452 | 757 ft | 255 ft | 0:00:08 | 22 mph | 152.9° true | 14-Feb-2024 09:58:19 PM | N35° 24.511' W85° 01.097' |
| 453 | 757 ft | 431 ft | 0:00:08 | 37 mph | 152.6° true | 14-Feb-2024 09:58:27 PM | N35° 24.474' W85° 01.074' |
| 454 | 754 ft | 0.2 mi | 0:00:12 | 47 mph | 152.3° true | 14-Feb-2024 09:58:35 PM | N35° 24.411' W85° 01.034' |
| 455 | 738 ft | 0.2 mi | 0:00:15 | 52 mph | 152.6° true | 14-Feb-2024 09:58:47 PM | N35° 24.290' W85° 00.956' |
| 456 | 720 ft | 0.2 mi | 0:00:17 | 51 mph | 152.7° true | 14-Feb-2024 09:59:02 PM | N35° 24.125' W85° 00.851' |
| 457 | 751 ft | 0.2 mi | 0:00:12 | 55 mph | 152.6° true | 14-Feb-2024 09:59:19 PM | N35° 23.938' W85° 00.733' |
| 458 | 781 ft | 0.2 mi | 0:00:14 | 56 mph | 152.6° true | 14-Feb-2024 09:59:31 PM | N35° 23.796' W85° 00.643' |
| 459 | 784 ft | 0.3 mi | 0:00:19 | 53 mph | 152.4° true | 14-Feb-2024 09:59:45 PM | N35° 23.629' W85° 00.536' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 460 | 791 ft | 0.3 mi | 0:00:18 | 57 mph | 152.5° true | 14-Feb-2024 10:00:04 PM | N35° 23.414' W85° 00.399' |
| 461 | 789 ft | 0.3 mi | 0:00:20 | 55 mph | 153.5° true | 14-Feb-2024 10:00:22 PM | N35° 23.196' W85° 00.259' |
| 462 | 743 ft | 244 ft | 0:00:04 | 42 mph | 154.1° true | 14-Feb-2024 10:00:42 PM | N35° 22.957' W85° 00.113' |
| 463 | 740 ft | 29 ft | 0:00:01 | 20 mph | 163.3° true | 14-Feb-2024 10:00:46 PM | N35° 22.921' W85° 00.092' |
| 464 | 740 ft | 32 ft | 0:00:01 | 22 mph | 10.6° true | 14-Feb-2024 10:00:47 PM | N35° 22.917' W85° 00.090' |
| 465 | 742 ft | 12 ft | 0:00:01 | 8 mph | 56.9° true | 14-Feb-2024 10:00:48 PM | N35° 22.922' W85° 00.089' |
| 466 | 742 ft | 15 ft | 0:00:01 | 10 mph | 57.8° true | 14-Feb-2024 10:00:49 PM | N35° 22.923' W85° 00.087' |
| 467 | 742 ft | 19 ft | 0:00:01 | 13 mph | 56.1° true | 14-Feb-2024 10:00:50 PM | N35° 22.924' W85° 00.084' |
| 468 | 743 ft | 83 ft | 0:00:03 | 19 mph | 50.5° true | 14-Feb-2024 10:00:51 PM | N35° 22.926' W85° 00.081' |
| 469 | 745 ft | 38 ft | 0:00:01 | 26 mph | 39.5° true | 14-Feb-2024 10:00:54 PM | N35° 22.935' W85° 00.068' |
| 470 | 745 ft | 40 ft | 0:00:01 | 27 mph | 38.9° true | 14-Feb-2024 10:00:55 PM | N35° 22.939' W85° 00.063' |
| 471 | 745 ft | 40 ft | 0:00:01 | 27 mph | 33.9° true | 14-Feb-2024 10:00:56 PM | N35° 22.944' W85° 00.058' |
| 472 | 745 ft | 44 ft | 0:00:01 | 30 mph | 7.8° true | 14-Feb-2024 10:00:57 PM | N35° 22.950' W85° 00.054' |
| 473 | 746 ft | 46 ft | 0:00:01 | 31 mph | 7.4° true | 14-Feb-2024 10:00:58 PM | N35° 22.957' W85° 00.053' |
| 474 | 746 ft | 49 ft | 0:00:01 | 33 mph | 7.7° true | 14-Feb-2024 10:00:59 PM | N35° 22.965' W85° 00.051' |
| 475 | 748 ft | 51 ft | 0:00:01 | 35 mph | 7.7° true | 14-Feb-2024 10:01:00 PM | N35° 22.973' W85° 00.050' |
| 476 | 746 ft | 516 ft | 0:00:09 | 39 mph | 11.5° true | 14-Feb-2024 10:01:01 PM | N35° 22.981' W85° 00.049' |
| 477 | 740 ft | 0.2 mi | 0:00:13 | 45 mph | 22.5° true | 14-Feb-2024 10:01:10 PM | N35° 23.064' W85° 00.028' |
| 478 | 756 ft | 0.1 mi | 0:00:12 | 42 mph | 16.9° true | 14-Feb-2024 10:01:23 PM | N35° 23.195' W84° 59.961' |
| 479 | 767 ft | 317 ft | 0:00:07 | 31 mph | 355.5° true | 14-Feb-2024 10:01:35 PM | N35° 23.310' W84° 59.918' |
| 480 | 761 ft | 266 ft | 0:00:05 | 36 mph | 1.0° true | 14-Feb-2024 10:01:42 PM | N35° 23.362' W84° 59.923' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 481 | 756 ft | 60 ft | 0:00:01 | 41 mph | 15.9° true | 14-Feb-2024 10:01:47 PM | N35° 23.406' W84° 59.922' |
| 482 | 756 ft | 62 ft | 0:00:01 | 42 mph | 15.9° true | 14-Feb-2024 10:01:48 PM | N35° 23.415' W84° 59.919' |
| 483 | 756 ft | 62 ft | 0:00:01 | 42 mph | 16.3° true | 14-Feb-2024 10:01:49 PM | N35° 23.425' W84° 59.916' |
| 484 | 757 ft | 65 ft | 0:00:01 | 44 mph | 24.3° true | 14-Feb-2024 10:01:50 PM | N35° 23.435' W84° 59.912' |
| 485 | 757 ft | 0.1 mi | 0:00:09 | 44 mph | 24.3° true | 14-Feb-2024 10:01:51 PM | N35° 23.444' W84° 59.907' |
| 486 | 738 ft | 46 ft | 0:00:01 | 31 mph | 2.6° true | 14-Feb-2024 10:02:00 PM | N35° 23.531' W84° 59.859' |
| 487 | 737 ft | 37 ft | 0:00:01 | 25 mph | 0.0° true | 14-Feb-2024 10:02:01 PM | N35° 23.539' W84° 59.858' |
| 488 | 735 ft | 30 ft | 0:00:01 | 21 mph | 317.8° true | 14-Feb-2024 10:02:02 PM | N35° 23.545' W84° 59.858' |
| 489 | 734 ft | 36 ft | 0:00:01 | 25 mph | 317.9° true | 14-Feb-2024 10:02:03 PM | N35° 23.548' W84° 59.862' |
| 490 | 734 ft | 40 ft | 0:00:01 | 27 mph | 317.5° true | 14-Feb-2024 10:02:04 PM | N35° 23.553' W84° 59.867' |
| 491 | 735 ft | 45 ft | 0:00:01 | 31 mph | 317.6° true | 14-Feb-2024 10:02:05 PM | N35° 23.558' W84° 59.873' |
| 492 | 737 ft | 446 ft | 0:00:08 | 38 mph | 323.8° true | 14-Feb-2024 10:02:06 PM | N35° 23.563' W84° 59.879' |
| 493 | 732 ft | 75 ft | 0:00:04 | 13 mph | 326.6° true | 14-Feb-2024 10:02:14 PM | N35° 23.622' W84° 59.932' |
| 494 | 727 ft | 102 ft | 0:00:09 | 8 mph | 326.5° true | 14-Feb-2024 10:02:18 PM | N35° 23.633' W84° 59.940' |
| 495 | 724 ft | 340 ft | 0:00:06 | 39 mph | 326.6° true | 14-Feb-2024 10:02:27 PM | N35° 23.647' W84° 59.952' |
| 496 | 710 ft | 0.2 mi | 0:00:12 | 52 mph | 326.7° true | 14-Feb-2024 10:02:33 PM | N35° 23.693' W84° 59.989' |
| 497 | 705 ft | 0.2 mi | 0:00:14 | 56 mph | 328.5° true | 14-Feb-2024 10:02:45 PM | N35° 23.818' W85° 00.090' |
| 498 | 732 ft | 0.2 mi | 0:00:11 | 52 mph | 337.8° true | 14-Feb-2024 10:02:59 PM | N35° 23.978' W85° 00.210' |
| 499 | 729 ft | 0.2 mi | 0:00:11 | 55 mph | 333.7° true | 14-Feb-2024 10:03:10 PM | N35° 24.106' W85° 00.274' |
| 500 | 712 ft | 0.2 mi | 0:00:10 | 54 mph | 337.8° true | 14-Feb-2024 10:03:21 PM | N35° 24.236' W85° 00.353' |
| 501 | 701 ft | 0.1 mi | 0:00:08 | 56 mph | 347.4° true | 14-Feb-2024 10:03:31 PM | N35° 24.357' W85° 00.414' |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 502 | 675 ft | 491 ft | 0:00:06 | 56 mph | 331.9° true | 14-Feb-2024 10:03:39 PM | N35° 24.462' W85° 00.442' |
| 503 | 679 ft | 391 ft | 0:00:06 | 44 mph | 322.7° true | 14-Feb-2024 10:03:45 PM | N35° 24.533' W85° 00.489' |
| 504 | 664 ft | 28 ft | 0:00:12 | 1.6 mph | 328.4° true | 14-Feb-2024 10:03:51 PM | N35° 24.584' W85° 00.537' |
| 505 | 655 ft | No Data | No Data | No Data | No Data | 14-Feb-2024 10:04:03 PM | N35° 24.588' W85° 00.539' |




*Figure 9 Figure 2 Index 248-505 Garmin BaseCamp 2/14/2024*

According to the GPS data recovered from the device, it traveled to Blythe's Ferry on two prior occasions. On 12/15/2023 the data shows that it was near the boat ramp at 4:58 AM where it appears that the ramp was approached followed by an immediate 180 out of the area of the boat ramp.

Likewise, the data shows that the device traveled to the Blythe's Ferry boat vicinity on 12/17/2023 at 9:55 PM, followed by an immediate 180 out of the area of the boat ramp. After leaving the ramp the device traveled to the Hwy 60 bridge before turning around.




*Figure 10 Prior trips to the vicinity of Blythe's Ferry ramp on 12/15/2023 and 12/17/2023*




*Figure 11 GPS at Blythe's Ferry 12/17/2023 @9:55 PM*




*Figure 12 GPS Location 12/16/2023 @ 4:58 AM*

Data also shows that the device traveled through the intersection where a left turn goes to the boat ramp and a right turn then travels toward the jail. The data was plotted on Google Earth due to its demonstrative accuracy versus that of BaseCamp. The dates of travel noted are:

**12/15/2023**

**12/17/2023**

**12/25/2023**

**12/29/2023**

**1/9/2024**

**1/31/2024**

**2/7/2024**

**2/11/2024**




*Figure 13 Overall view in Google Earth*




*Figure 14 Intersection view of prior trackpoints for the date range of 12/15/2023 through 2/11/2024*

**Data Validation**

The data recovered from this device on 2/14/2024 are validated by other data known through points in time through investigation. It is known that Leonard was at his residence having dinner at 9:30 PM according to witness statements, this correlates with the Garmin data. It is known that Leonard was dispatched to the Hwy 60 Bridge at 9:32 PM through dispatch and he responded enroute, this correlates with the Garmin data. It is known that Leonard arrived in the area of the call at 9:46 PM, this correlates with the Garmin data. At 9:47 PM , Leonard reports contact on the bridge, this correlates with the Garmin data. At 9:58 PM, Leonard reports travel to the Sheriff's Office with a prisoner, this correlates with the Garmin data. At 10:03:58 PM Leonard reports "water," this correlates with the Garmin data.

On 2/14/2024 search teams requested cellphone location for Leonard's Verizon cellphone. Federal assets were requested to find the approximate location of the device. At 10:03 PM the device was found at the boat ramp on Blythe's Ferry Road, this correlates with the Garmin data.

10:03 PM This image was supplied to DTF Deputy Director Brendan DeBoer from federal partners utilizing technology to obtain location data from RJ LEONARD's cellular records. This is the last known location of LEONARD's iPhone prior to finding the physical device in the water.




*Figure 15 Cell map received 2/14/2024 for 10:03 PM*

**Part 2 iPhone**

The data referenced in this report was collected from a forensic extraction of RJ Leonard's iPhone. The device was recovered from Leonard's tactical vest and extracted by the Tennessee Highway Patrol. This report is generated to narrow the data for the time period of 2/14/2024 from 9:30 PM to 11:59 PM. The report has been evaluated and redacted to eliminate the release of personal or non-relevant information prior to public dissemination. Leonard's device was extracted by the Tennessee Highway patrol and that file shared with the author of this report in addition to a 75,000+ page report summarizing the entire contents of the device at a full file system level. The password to this device was obtained by THP through the officer's widow. This report contains screen captures from forensic tools and inserted into this document for demonstrative purposes. Magnet Process was utilized to parse the data and Magnet Axiom was utilized to examine the data. Lastly, Magnet Examine was utilized to filter the data within the parameters of 9:30 PM to 11:59 PM on the date of the crash.

**Device Information**

iPhone 14 Plus

IMEI 356806354017469

Extraction size 75.4 GB

Examiner Name: TFO James Knipper (Extracted device)

**Tools utilized**

EDAS Fox Forensic Machine

Magnet Axiom Process and Examine Software Version 8.3.1.41227

Google Earth Pro 7.3.6.9796

**Files received from the Tennessee Highway Patrol included in this examination**

| | | |
|---|---|---|
| 00008110-000A51D8028A201E_files_full.zip | 75.4 GB | 4/2/24, 11:08:38 AM |
| 00008110-000A51D8028A201E_keychain.plist | 4.0 MB | 4/2/24, 10:34:02 AM |
| 00008110-000A51D8028A201E_passwords.txt | 185 kB | 4/2/24, 10:34:08 AM |
| 00008110-000A51D8028A201E.pdf | 866 kB | 4/2/24, 10:34:12 AM |

## Findings

The findings in this exam will come from several artifacts relevant to the accident on 2/14/2024 that occurred around 10:04 PM leading to the death of Leonard and Smith. The findings will include phone usage before the accident and just prior to when the 911 call was received by dispatch.

## Location

The data recovered from Leonard's iPhone further validates the findings recovered from other sources. It shows that he was at his residence at 9:30 PM and traveled to the Highway 60 Bridge. While the location data is less precise than the Garmin unit, the mapped data clearly shows the route of travel from his home to the bridge and known point of Leonard's interaction and arrest of Smith, then to the Blythe Ferry boat ramp accident site.




Data recovered from the device suggests that Leonard used iOS maps to navigate to the area of Blythe Ferry:

| | | | | |
|---|---|---|---|---|
| | 58 Blythe Ferry Ln Eastview Cir SR-58 | 2/14/2024 9:37:50.000 PM | 2,037 | iOS Maps |
| | 58 Eastview Cir Old Highway 58 SR-58 | 2/14/2024 9:38:13.000 PM | 1,280 | iOS Maps |
| | 58 N McColpin Ln SR-58 Wright Ln | 2/14/2024 9:38:18.000 PM | 1,114 | iOS Maps |
| | Gunstocker Rd | 2/14/2024 9:39:14.000 PM | 542 | iOS Maps |
| | Clayton Ridge Rd Gunstocker Rd Sanders Rd | 2/14/2024 9:39:14.000 PM | 1,582 | iOS Maps |
| | | 2/14/2024 10:00:05.000 PM | 95 | iOS Maps |
| | | 2/14/2024 10:00:05.000 PM | 178 | iOS Maps |

**Messages Calls and Communications**

During the police action the device contains evidence that Leonard used his cellphone to communicate with his wife and fellow officer that was said to be covering the North End of Meigs County.

↗ Sent

**During the shift Leonard and Officer Ben Christian aka Cornbread utilized a messaging application. Below is a verbatim narrative of the data recovered:**

**RJ Leonard (777500743)**

2/14/2024 8:48:39.521 PM

Hey, the brakes on this car starting to get a little noisy. Would have Swafford take a look at it when I get out of i t.

↙ Received

**Ben Christian (100014059908186)**

2/14/2024 8:49:16.696 PM

Hey, I tried to answer. My wifi isn't working good tonight.
Are they real bad?

↗ Sent

**RJ Leonard (777500743)**

2/14/2024 8:50:46.790 PM

No. I just wanted to make sure someone knows about it.

↙ Received

**Ben Christian (100014059908186)**

2/14/2024 8:52:08.576 PM

Cool. If they need it we can get them changed right away. If not then I'll definitely have him look at it as soon a s you get out of it.

↗ Sent

**RJ Leonard (777500743)**

2/14/2024 8:52:33.895 PM

I think they said I should be good to go Friday or Monday.

↙ Received
**Ben Christian (100014059908186)**
2/14/2024 8:53:00.013 PM
Sweet

↙ Received
**Ben Christian (100014059908186)**
2/14/2024 9:53:38.630 PM
She is a habitual meth/fentanyl user

↗ Sent
**RJ Leonard (777500743)**
2/14/2024 9:56:46.797 PM
She's going to jail

↙ Received
**Ben Christian (100014059908186)**
2/14/2024 9:58:18.304 PM
Arrested on valentines day 😂😂😂

↗ Sent
**RJ Leonard (777500743)**
2/14/2024 9:58:50.725 PM
Yea she's walking into traffic on the bridge.

↗ Sent
**RJ Leonard (777500743)**
2/14/2024 9:59:11.452 PM
Walked in front of me too with my lights on.

↙ Received
**Ben Christian (100014059908186)**
2/14/2024 9:59:32.989 PM
Damn. Definitely public intox

One call is noted in the data with a call to Cornbread with a duration of 42 seconds:

| | | | |
|---|---|---|---|
| +14235990585 | Cornbread | Outgoing | 2/14/2024 9:57:00.155 PM |

## ARTIFACT INFORMATION

| | |
|---|---|
| Local User | **Local User <00008110-000A51D8028A201E_files_full.zip >** |
| Partners | **+14235990585** |
| Direction | **Outgoing** |
| Call Type | **Phone** |
| Call Status | **Answered** |
| Call Date/Time | **2/14/2024 9:57:07.022 PM** |
| Call End Date/Time | **2/14/2024 9:57:48.636 PM** |
| Call Duration | **00:00:42** |
| Application Name | **com.apple.Telephony** |
| Service Provider Country Code | **US** |
| Artifact type | iOS Call Logs |
| Item ID | 39547 |

During the encounter with Smith, Leonard requested a photo of Smith from dispatch and received the following response to Leonard's iPhone:

**Dispatch (+14234352570)**

2/14/2024 9:53:40.000 PM



From 9:30 PM Leonard interacted with his spouse via text message. The message thread is below.

**RJ Leonard**

2/14/2024 10:03:12.000 PM

Arrest.

✓ Received

**Spouse**

2/14/2024 10:05:30.000 PM

Noice

The last relevant forensic artifact noted on this device is the Powerlog Device Lock State. According to data recovered from the device the phone entered locked state at 10:03:36 PM which is 24 seconds after the last message that went to his spouse at 10:03:12 PM and 46 seconds before Leonard radios 'water' at 10:03:58 PM.

| | | | |
|---|---|---|---|
| | Yes | 2/14/2024 10:03:36.507 PM | PowerLog Device Lock State |

End Report

Cortney E. Dugger MSDF|MBA|CFCE
Forensic Examiner and Agent
9th District Attorney General's Office
Kingston, TN 37763