# Exhibit 5

**Exhibit 5 is a video recording of the test drive, using the Garmin Drive 52 EX test Device. The recording captures a wide-frame view of how the test Device performed while following the paths taken by Deputy Leonard on the night of the Accident. This video is a non-scanned exhibit and will be filed with the Clerk's Office pursuant to the ECF Rules and Procedure.**