# Exhibit 6

**TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, and NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually), vs. Garmin International, Inc.**

**Case No. 1:25-cv-50**

**United States District Court, Eastern District of Tennessee**

---

**Test drive of accident route with Donor Device.**

A. Place Donor Device, in vehicle of expert performing test drive with videographer in the vehicle.

B. Input the following routes into the donor device:

- Leonard's residence to bridge:
  - Start at 252 Ridge Road, Decatur, TN 37322
  - Destination: Tri-County Veterans Bridge, Hiwassee Hwy., Birchwood, TN 37308
- Bridge to Meigs County Jail:
  - Start at Tri-County Veterans Bridge, Hiwassee Hwy., Birchwood, TN 37308
  - Destination: Meigs County Jail, 410 River Rd., Decatur, TN 37322
- Additional route to include wrong turn onto Blythe Ferry Rd.:
  - Start at Tri-County Veterans Bridge, Hiwassee Hwy., Birchwood, TN 37308
  - Enter route to Meigs County Jail, 410 River Rd., Decatur, TN 37322
  - Approximately two miles after the bridge, take a wrong left turn onto Blythe Ferry Rd./Shadden Rd.
  - Follow Blythe Ferry Rd./Shadden Rd. until the intersection with Blythe Ferry Ln.
  - Take a left turn onto Blythe Ferry Ln., drive to river
- Bridge to Meigs County Jail with Donor Device powered on with no route engaged.
  - Start at Tri-County Veterans Bridge, Hiwassee Hwy., Birchwood, TN 37308 and begin driving to Meigs County Jail with no engaged route.
  - Approximately two miles after the bridge, take a wrong left turn onto Blythe Ferry Rd./Shadden Rd.

- Follow Blythe Ferry Rd./Shadden Rd. until the intersection with Blythe Ferry Ln.
- Take a left turn onto Blythe Ferry Ln., drive to river
- While performing this test drive, record what the Donor Device reflects.

C. Drive all routes while having the routes recorded by video.