**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA**

| | |
|---|---|
| **TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH,**<br><br>**and**<br><br>**NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually),**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GARMIN INTERNATIONAL, INC.**<br><br>**Defendant.** | **CIVIL ACTION NO.1:25-CV-50**<br><br>**JURY DEMAND** |

# GARMIN INTERNATIONAL INC'S SUPPLEMENTAL BRIEF

Defendant Garmin International, Inc. ("Garmin") respectfully submits this supplemental brief pursuant to Local Rule 7.1(d) to advise the Court of a factual development that occurred after briefing on Plaintiffs' motion to extend case management deadlines was completed. Garmin does not seek leave to file a sur-reply and does not reargue the issues already presented in the parties' briefing. Rather, Garmin submits this brief solely to inform the Court of a development directly relevant to Plaintiffs' request for relief.

In their motion, Plaintiffs requested that the Court extend their liability expert disclosure deadline from September 15, 2026, to November 16, 2026. [Doc. 65, PageID # 674]. Plaintiffs represented to the Court that their expert's report was nearing completion and specifically asserted

that the requested extension would provide sufficient time for the report to be finalized and disclosed. [Doc. 65, PageID # 680]. Plaintiffs proposed November 16, 2026, as the date by which they would make their expert disclosure. [Doc. 65, PageID # 674]. Likewise, in their reply brief filed seven days prior to the November 16 deadline, Plaintiffs reiterated that they were "working to obtain their expert report from Robert Draper" and represented that the report was in the process of being completed. [Doc. 68, PageID # 706].

November 16, 2026 has now passed. Plaintiffs have not served an expert report, made an expert disclosure, or otherwise produced the expert opinions that formed the basis of their request for additional time. Notably, Plaintiffs selected the November 16 deadline themselves and represented that this additional period would be sufficient to complete the report that they contended was necessary to oppose Garmin's Motion for Summary Judgment. Plaintiffs' inability to meet the self-imposed, extended deadline confirms the absence of diligence and underscores the speculative nature of Plaintiffs' prior representations that the report would be completed shortly if additional time were granted.

Accordingly, Garmin submits this supplemental brief to apprise the Court of this factual development that occurred after briefing concluded and that bears directly on the representations Plaintiffs made in support of their motion.

Respectfully submitted,

***/s/Donald J. Kelly***

Donald J. Kelly (Pro Hac Vice)
**BRICKER GRAYDON WYATT, LLP**
400 West Market Street, Suite 2000
Louisville, KY 40202
(502) 589-5235 / Facsimile (502) 589-0309
dkelly@bricker.com

James C. Bradshaw, III
**BRICKER GRAYDON WYATT, LLP**
333 Commerce Street, Suite 1050
Nashville, TN 37201
(615) 244-0020 / Facsimile (615) 256-1726
jbradshaw@bricker.com

Emma M. Weintraub (Pro Hac Vice)
**BRICKER GRAYDON WYATT, LLP**
6070 Poplar Avenue, Suite 300
Memphis, TN 38119
(901) 537-1020 / Facsimile (901) 537-1010
emweintraub@bricker.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 18th day of November, 2026:

Robin R. Flores
**FLORES LAW OFFICE**
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
robin@robinfloreslaw.com
*Attorneys for Plaintiff Nathan Smith*

Jeffrey W. Rufolo
**SUMMERS, RUFOLO & RODGERS, P.C.**
735 Broad Street, Suite 800
Chattanooga TN 37402
jrufolo@summersfirm.com
*Attorneys for Plaintiffs NR, JE and LC*

W. Neil Thomas, III
Michael Mason Thomas
**THOMAS & THOMAS**
6148 Lee Highway, Suite 1115
Chattanooga TN 37363
wnthomas@twtlawfirm.com
mthomas@twtlawfirm.com
*Attorneys for Plaintiff Nathan Smith*

Alyson Oliver
**OLIVER BELL GROUP**
50 W. Big Beaver Road, Suite 200
Troy, Michigan 48084
Notifications@oliverlawgroup.com
aoliver@oliverlawgroup.com
*Attorneys for Plaintiffs NR, JE and LC*

***/s/ Donald J. Kelly***